QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Jeffery D. McFarland (Bar No. 157628)
  jeffmcfarland@quinnemanuel.com
  Stan Karas (Bar No. 222402)
  stankaras@quinnemanuel.com
  A.J. Bedel (Bar No. 243603)
  ajbedel@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Defendant ACER AMERICA CORPORATION

*IT IS SO ORDERED*
*[signature] Judge James Ware*
*7/31/2009*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEVIN EMBRY, an individual, on behalf of himself, the general public and those similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>ACER AMERICA CORPORATION, a California corporation; and DOES 1 through 50,<br><br>    Defendants. | CASE NO. CV 09-01808 JW<br><br>JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT ACER AMERICA CORPORATION TO RESPOND TO COMPLAINT<br><br>Trial Date:   Not Set |

Pursuant to Civil Local Rule 6-1(a), Plaintiff Kevin Embry and Defendant Acer America Corporation hereby stipulate to a fifteen (15) day extension of the deadline to answer Plaintiffs' Complaint. The answer shall now be due on August 14, 2009. This extension shall not affect the date of any event or any deadline already fixed by Court order.

So stipulated.

DATED: July 30, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Jeffery D. McFarland
Attorneys for Defendant ACER AMERICA CORPORATION

DATED: July 30, 2009

GUTRIDE SAFIER LLP

By _____
Seth A. Safier
Attorneys for Plaintiff KEVIN EMBRY