IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Kevin Embry, | NO. C 09-01808 JW |
| Plaintiff, | **ORDER SETTING SCHEDULE FOR CLASS DISCOVERY AND PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |
| v. | |
| ACER America Corp., et al., | |
| Defendants. | |

This case is scheduled for a Case Management Conference on August 31, 2009. The parties timely filed a Joint Case Management Statement and Rule 26(f) Report. (See Docket Item No. 26.) Upon review of the parties' Statement, the Court finds it unnecessary to hold a Conference at this time. Accordingly, the Court VACATES the August 31, 2009 the Conference and ORDERS as follows:

(1) The Court finds good cause to bifurcate discovery between class and merits.

(2) All class discovery shall be completed on or before **December 4, 2009**.

(3) The Court sets a hearing on Plaintiff's anticipated Motion for Class Certification on **February 22, 2010 at 9 a.m.** Plaintiff shall notice its Motion in accordance with the Civil Local Rules of the Court.

(4) The parties shall appear for a Case Management Conference on **February 22, 2010 at 10 a.m.** On or before **February 12, 2010**, the parties shall file a Joint Case

Management Statement. The Statement shall provide a proposed schedule for the close of all merits discovery.

Dated: August 27, 2009

_____
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam Gutride adam@gutridesafier.com
Adam Joseph Bedel ajbedel@quinnemanuel.com
Jeffery David McFarland jdm@quinnemanuel.com
Seth Adam Safier seth@gutridesafier.com
Stan Karas stankaras@quinnemanuel.com

**Dated: August 27, 2009**                          **Richard W. Wieking, Clerk**

                                              **By:   /s/ JW Chambers**
                                                    **Elizabeth Garcia**
                                                    **Courtroom Deputy**

United States District Court
For the Northern District of California