**GUTRIDE SAFIER LLP**
ADAM J. GUTRIDE (State Bar No. 181446)
adam@gutridesafier.com
SETH A. SAFIER (State Bar No. 197427)
835 Douglass Street
seth@gutridesafier.com
L. JAY KUO (State Bar No. 173293)
jay@gutridesafier.com
San Francisco, California 94114
Telephone: (415) 336-6545
Facsimile:  (415) 449-6469

Attorneys for Plaintiff

**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
  Jeffery D. McFarland (Bar No. 157628)
  jeffmcfarland@quinnemanuel.com
  Stan Karas (Bar No. 222402)
  stankaras@quinnemanuel.com
  A.J. Bedel (Bar No. 243603)
  ajbedel@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Defendant ACER AMERICA CORPORATION

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED AS MODIFIED" signed Judge James Ware]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| KEVIN EMBRY, an individual, on behalf of himself, the general public and those similarly situated<br><br>    Plaintiff,<br><br>         v.<br><br>ACER AMERICA CORPORATION; AND DOES 1 THROUGH 50<br><br>    Defendants | CASE NO.  CV-09-01808 (JW)<br><br>**STIPULATION TO CONTINUE THE HEARING ON PLAINTIFF'S MOTION TO STRIKE** |

1  TO THE COURT AND ALL PARTIES,

2      WHEREAS Plaintiff Kevin Embry has filed a motion to strike certain affirmative
3  defenses in Defendant Acer America Corporation's answer to Embry's complaint.

4      WHEREAS the parties have been meeting and conferring, and expect to resolve the
5  dispute by stipulating to the filing of an amended answer.

6      WHEREAS the hearing on the motion to strike is set for October 5, 2009.

7      WHEREAS the parties believe that a brief continuance of this hearing date would allow
8  them sufficient time to resolve their dispute, which may render most, if not all, of the motion
9  moot.

10     THE PARTIES HEREBY STIPULATE AND AGREE that the hearing on the motion to
11 strike should be continued to November 16, 2009, which is the next available date on the Court's
12 calendar.

13

14 DATED:   September 28, 2009       GUTRIDE SAFIER LLP

15

16                                  By: /s/ _____
                                        Seth A. Safier
17                                  Attorneys for Plaintiff
                                    Kevin Embry
18

19 DATED:   September 28, 2009
20                                  QUINN EMANUEL URQUHART OLIVER &
                                    HEDGES, LLP
21

22                                  By: /s/ _____
                                        Jeffery D. McFarland
23                                  Attorneys for Defendant ACER AMERICA
                                    CORPORATION

24 *** ORDER ***

25
    For good cause shown, the Court GRANTS the parties' Stipulation to continue the hearing
26 on Plaintiffs' Motion to Strike Defendant's Affirmative Defenses, modified as follows:
The hearing is continued from October 5, 2009 to **November 9, 2009 at 9 a.m**.  On or before
27 **October 19, 2009**, Defendant shall file its Opposition.  On or before **October 26, 2009**,
Plaintiffs shall file their Reply.
28

Dated:  September 29, 2009                    _____
                                              JAMES WARE
                                              United States District Judge