**GUTRIDE SAFIER LLP**
ADAM J. GUTRIDE (State Bar No. 181446)
adam@gutridesafier.com
SETH A. SAFIER (State Bar No. 197427)
835 Douglass Street
seth@gutridesafier.com
L. JAY KUO (State Bar No. 173293)
jay@gutridesafier.com
San Francisco, California 94114
Telephone: (415) 336-6545
Facsimile:  (415) 449-6469

Attorneys for Plaintiff

**QUINN EMANUEL URQUHART OLIVER & HEDGES**
Jeffery D. McFarland (Bar No. 157628)
jeffmcfarland@quinnemanuel.com
Stan Karas (Bar No. 222402)
stankaras@quinnemanuel.com
A.J. Bedel (Bar No. 243603)
ajbedel@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Defendant ACER AMERICA CORPORATION

*DENIED WITHOUT PREJUDICE*
*Judge James Ware*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| KEVIN EMBRY, an individual, on behalf of himself, the general public and those similarly situated<br><br>Plaintiff,<br><br>v.<br><br>ACER AMERICA CORPORATION; AND DOES 1 THROUGH 50<br><br>Defendants | CASE NO.  CV-09-01808 (JW)<br><br>**STIPULATION TO CONTINUE CLASS CERTIFICATION DISCOVERY CUTOFF AND BRIEFING SCHEDULE** |

1  TO THE COURT:
2      WHEREAS, the Court has set the following schedule for class certification: discovery
3  cutoff on December 4, 2009; motion due January 18, 2008; opposition due February 1, 2009;
4  reply due February 8, 2009; hearing February 22, 2009.
5      WHEREAS, Plaintiff served interrogatories and requests for production on August 27,
6  2009;
7      WHEREAS, Defendant served objections and responses to the discovery on October 1,
8  2009, which included agreement to produce certain documents;
9      WHEREAS, the parties are continuing to meet and confer about Defendants' objections
10 and the scope and timing of production, which has not yet commenced;
11     WHEREAS, Plaintiff contends that more time is required to resolve the discovery disputes
12 (including, if necessary, motion practice before the Magistrate with possible review by this
13 Court), obtain and review documents, and take depositions;
14     WHEREAS, the parties also have been discussing the possibility of and structure for
15 settlement and it is possible that a settlement might be reached in advance of a class certification
16 motion; and
17     WHEREAS, the due date for the motion for class certification is Martin Luther King, Jr.
18 Day, a Court holiday;
19     NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that, if the
20 Court approves, the dates for class certification, including the discovery cut-off date, should be
21 extended for approximately 90 days, so that the new dates will be as follows:
22          Discovery Cutoff:        March 5, 2009
23          Motion Due:              March 22, 2009
24          Opposition Due:          April 5, 2009
25          Reply Due:               April 12, 2009
26          Hearing:                 April 26, 2009
27 ///
28 ///

| | | |
|---|---|---|
| 1 | IT IS SO STIPULATED. | |
| 2 | DATED: October 29, 2009 | GUTRIDE SAFIER LLP |
| 4 | | By: /s/ Adam Gutride |
| 5 | | Adam Gutride<br>Seth A. Safier |
| 6 | | Attorneys for Plaintiff Kevin Embry |
| 8 | DATED: October 29, 2009 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 10 | | By: /s/ Stan Karas |
| 11 | | Jeffery D. McFarland<br>Stan Karas |
| 12 | | A.J. Bedel<br>Attorneys for Defendant Acer America |
| 13 | | Corporation |

**\*\*\* ORDER \*\*\***
The Stipulation is DENIED because the dates proposed are invalid.

Date: October 30, 2009  _/s/ James Ware_
JAMES WARE
United States District Judge

STIPULATION TO CONTINUE CLASS CERT DATES – EMBRY V. ACER, CASE 09-1808
2