\*\* E-filed December 14, 2009 \*\*

**GUTRIDE SAFIER LLP**
ADAM J. GUTRIDE (State Bar No. 181446)
adam@gutridesafier.com
SETH A. SAFIER (State Bar No. 197427)
835 Douglass Street
seth@gutridesafier.com
San Francisco, California 94114
Telephone: (415) 336-6545
Facsimile: (415) 449-6469

Attorneys for Plaintiff

**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
  Jeffery D. McFarland (Bar No. 157628)
  jeffmcfarland@quinnemanuel.com
  Stan Karas (Bar No. 222402)
  stankaras@quinnemanuel.com
  A.J. Bedel (Bar No. 243603)
  ajbedel@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Defendant ACER AMERICA CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| KEVIN EMBRY, an individual, on behalf of himself, the general public and those similarly situated<br><br>Plaintiff,<br><br>v.<br><br>ACER AMERICA CORPORATION; AND DOES 1 THROUGH 50<br><br>Defendants | CASE NO.  CV-09-01808 (JW) (HRL)<br><br>**STIPULATION TO CONTINUE THE HEARING ON PLAINTIFF'S MOTION TO COMPEL**<br><br>Current Hearing Date: December 22, 2009<br><br>Requested Hearing Date: January 26, 2010<br><br>*Discovery Matter* |

TO THE COURT AND ALL PARTIES,

WHEREAS Plaintiff Kevin Embry has filed a motion to compel further responses to its discovery requests,

WHEREAS the hearing on the motion to strike is set for December 22, 2009,

WHEREAS, in light of defense counsel's holiday schedule, the parties wish to continue the hearing date on the motion,

THE PARTIES HEREBY STIPULATE AND AGREE that the hearing on the motion to compel should be continued to January 26, 2010.

DATED:   December 14, 2009          GUTRIDE SAFIER LLP


By: /s/ _____
    Seth A. Safier
Attorneys for Plaintiff
Kevin Embry


DATED:   December 14, 2009

                                    QUINN EMANUEL URQUHART OLIVER &
                                    HEDGES, LLP


By: /s/ _____
    Jeffery D. McFarland
Attorneys for Defendant ACER AMERICA
CORPORATION


FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: __December 14__, 2009

                                    _____
                                    Honorable Howard R. Lloyd
                                    United States Magistrate Judge

04666/3110722.2