**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Kevin Embry, | NO. C 09-01808 JW |
|     Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
|   v. | |
| ACER America Corporation, et al., | |
|     Defendants. | |

This case is scheduled for a Case Management Conference on February 22, 2010. To date, the parties have not filed a Joint Case Management Conference Statement. On December 8, 2009, the Court continued the hearing on Plaintiff's anticipated Motion for Class Certification to April 26, 2010, which had previously been scheduled for the same date as the Conference. (See Docket Item No. 46.) In light of the modified hearing date, the Court finds good cause to continue the Case Management Conference.

Accordingly, the Court CONTINUES the Case Management Conference to **April 26, 2010 at 10 a.m.** On or before **April 16, 2010** the parties shall file a Joint Case Management Conference Statement. The Joint Statement shall provide a proposed schedule for the close of all merits discovery.

Dated: February 17, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam Gutride adam@gutridesafier.com
Adam Joseph Bedel ajbedel@quinnemanuel.com
Jeffery David McFarland jdm@quinnemanuel.com
Seth Adam Safier seth@gutridesafier.com
Stan Karas stankaras@quinnemanuel.com

**Dated: February 17, 2010**                    **Richard W. Wieking, Clerk**

**By:    /s/ JW Chambers**
       **Elizabeth Garcia**
       **Courtroom Deputy**