**GUTRIDE SAFIER LLP**
ADAM J. GUTRIDE (State Bar No. 181446)
adam@gutridesafier.com
SETH A. SAFIER (State Bar No. 197427)
835 Douglass Street
seth@gutridesafier.com
L. JAY KUO (State Bar No. 173293)
jay@gutridesafier.com
San Francisco, California 94114
Telephone: (415) 336-6545
Facsimile: (415) 449-6469

Attorneys for Plaintiff

**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
Jeffery D. McFarland (Bar No. 157628)
jeffmcfarland@quinnemanuel.com
Stan Karas (Bar No. 222402)
stankaras@quinnemanuel.com
A.J. Bedel (Bar No. 243603)
ajbedel@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Defendant ACER AMERICA CORPORATION

IT IS SO ORDERED AS MODIFIED
Judge James Ware
3/16/2010

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| KEVIN EMBRY, an individual, on behalf of himself, the general public and those similarly situated<br><br>Plaintiff,<br><br>v.<br><br>ACER AMERICA CORPORATION; AND DOES 1 THROUGH 50<br><br>Defendants | CASE NO. CV-09-01808 (JW)<br><br>**STIPULATION TO FURTHER CONTINUE CLASS CERTIFICATION DISCOVERY CUTOFF AND BRIEFING SCHEDULE** |

1  TO THE COURT:

2  WHEREAS, pursuant to the parties' stipulation of October 29, 2009, the Court has set the

3  following schedule for class certification: discovery cutoff on March 5, 2010; motion due

4  March 22, 2010; opposition due April 5, 2010; reply due April 9, 2010; hearing April 26, 2010;

5  WHEREAS, the parties have engaged in substantial discussions about possible structures

6  to settle this case;

7  WHEREAS, on February 17, 2010, Defendant produced versions of the Windows

8  operating system that were installed on Acer computers sold in the United States during the

9  proposed class period;

10  WHEREAS, Defendants are still in the process of preparing a list showing which version

11  of the operating system was installed on each model computer it sold;

12  WHEREAS, Plaintiffs have retained an expert to identify any differences between (1) the

13  versions of the Windows operating system that were installed on the Acer computers and (2) the

14  same-named versions of the Windows operating system that were sold at retail and/or available

15  under Microsoft's standard OEM license;

16  WHEREAS, Plaintiffs' expert estimates that he will complete the analysis by April, 2010;

17  WHEREAS, after the expert analysis is complete, the parties will need additional time to

18  continue their settlement discussions;

19  WHEREAS, the parties believe these settlement discussions will be most likely to succeed

20  if the class certification discovery cutoff and briefing schedule are further continued;

21  NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that the

22  dates for class certification, including the discovery cut-off date, should be extended for

23  approximately 120 days, so that the new dates will be as follows:

24  Discovery Cutoff:    **April 5, 2010**

25  Motion Due:          **April 26, 2010**

26  Opposition Due:      **May 17, 2010**

27  ///

28  ///

STIPULATION TO FURTHER CONTINUE CLASS CERT DATES – EMBRY V. ACER, CASE 09-1808
1

| | | |
|---|---|---|
| 1 | Reply Due: | **May 31, 2010** |
| 2 | Hearing: | **June 21, 2010 at 9:00 AM.** |

The Case Management Conference set for April 26, 2010 at 10:00 AM is also continued to **June 21, 2010 at 10:00 AM.** The parties are to file joint case management conference statement on or before **June 11, 2010.**

DATED: March 5, 2010           GUTRIDE SAFIER LLP

By: /s/ Adam Gutride
    Adam Gutride
    Seth A. Safier
    Attorneys for Plaintiff Kevin Embry

DATED: March 5, 2010

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: /s/ Jeff McFarland
    Jeffery D. McFarland
    Stan Karas
    A.J. Bedel
    Attorneys for Defendant Acer America Corporation

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED **AS MODIFIED**

DATED: March 16, 2010

_/s/ James Ware_
Honorable James Ware
United States District Court Judge