1  **GUTRIDE SAFIER LLP**
   ADAM J. GUTRIDE (State Bar No. 181446)
2  adam@gutridesafier.com
   SETH A. SAFIER (State Bar No. 197427)
3  835 Douglass Street
   seth@gutridesafier.com
4  L. JAY KUO (State Bar No. 173293)
   jay@gutridesafier.com
5  San Francisco, California 94114
   Telephone: (415) 336-6545
6  Facsimile:  (415) 449-6469

7  Attorneys for Plaintiff

8  **QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
     Jeffery D. McFarland (Bar No. 157628)
9    jeffmcfarland@quinnemanuel.com
     Stan Karas (Bar No. 222402)
10   stankaras@quinnemanuel.com
     A.J. Bedel (Bar No. 243603)
11   ajbedel@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
12 Los Angeles, California 90017-2543
   Telephone:    (213) 443-3000
13 Facsimile:    (213) 443-3100

14 Attorneys for Defendant ACER AMERICA CORPORATION

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*
3/16/2010

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| KEVIN EMBRY, an individual, on behalf of himself, the general public and those similarly situated<br><br>Plaintiff,<br><br>v.<br><br>ACER AMERICA CORPORATION; AND DOES 1 THROUGH 50<br><br>Defendants | CASE NO.  CV-09-01808 (JW)<br><br>**STIPULATION TO FURTHER CONTINUE CLASS CERTIFICATION DISCOVERY CUTOFF AND BRIEFING SCHEDULE** |

TO THE COURT:

WHEREAS, pursuant to the parties' stipulation of October 29, 2009, the Court has set the following schedule for class certification: discovery cutoff on March 5, 2010; motion due March 22, 2010; opposition due April 5, 2010; reply due April 9, 2010; hearing April 26, 2010;

WHEREAS, the parties have engaged in substantial discussions about possible structures to settle this case;

WHEREAS, on February 17, 2010, Defendant produced versions of the Windows operating system that were installed on Acer computers sold in the United States during the proposed class period;

WHEREAS, Defendants are still in the process of preparing a list showing which version of the operating system was installed on each model computer it sold;

WHEREAS, Plaintiffs have retained an expert to identify any differences between (1) the versions of the Windows operating system that were installed on the Acer computers and (2) the same-named versions of the Windows operating system that were sold at retail and/or available under Microsoft's standard OEM license;

WHEREAS, Plaintiffs' expert estimates that he will complete the analysis by April, 2010;

WHEREAS, after the expert analysis is complete, the parties will need additional time to continue their settlement discussions;

WHEREAS, the parties believe these settlement discussions will be most likely to succeed if the class certification discovery cutoff and briefing schedule are further continued;

NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that the dates for class certification, including the discovery cut-off date, should be extended for approximately 120 days, so that the new dates will be as follows:

| | |
|---|---|
| Discovery Cutoff: | **April 5, 2010** |
| Motion Due: | **April 26, 2010** |
| Opposition Due: | **May 17, 2010** |

///

///

STIPULATION TO FURTHER CONTINUE CLASS CERT DATES – EMBRY V. ACER, CASE 09-1808

1

|   |   |   |
|---|---|---|
| 1 | Reply Due: | **May 31, 2010** |
| 2 | Hearing: | **June 21, 2010 at 9:00 AM.** |

The Case Management Conference set for April 26, 2010 at 10:00 AM is also continued to **June 21, 2010 at 10:00 AM.** The parties are to file joint case management conference statement on or before **June 11, 2010.**

DATED:   March 5, 2010            GUTRIDE SAFIER LLP


                                  By: /s/ Adam Gutride
                                      Adam Gutride
                                      Seth A. Safier
                                      Attorneys for Plaintiff Kevin Embry


DATED:   March 5, 2010

                                  QUINN EMANUEL URQUHART OLIVER &
                                  HEDGES, LLP


                                  By: /s/ Jeff McFarland
                                      Jeffery D. McFarland
                                      Stan Karas
                                      A.J. Bedel
                                      Attorneys for Defendant Acer America
                                      Corporation


FOR GOOD CAUSE SHOWN, IT IS SO ORDERED. **AS MODIFIED**

DATED:   March 16,       , 2010

                                  _____
                                  Honorable James Ware
                                  United States District Court Judge

STIPULATION TO FURTHER CONTINUE CLASS CERT DATES – EMBRY V. ACER, CASE 09-1808

2