IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Kevin Embry, | NO. C 09-01808 JW |
| Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| ACER America Corporation, | |
| Defendant. | |

This case is scheduled for a Case Management Conference on June 21, 2010. The parties filed a Joint Case Management Statement. (See Docket Item No. 60.) In their Joint Statement, the parties requested a 90 day continuance of the Case Management Conference and all class certification deadlines to facilitate settlement discussions. (See id. at 2.) Upon review of the parties' submission, the Court finds good cause to vacate the Case Management Conference, but not to continue the current case schedule as set in the Court's March 31, 2010 Order. (See Docket Item No. 59.) The Court finds no reason why settlement discussions and class certification briefing cannot proceed on parallel tracks.

Accordingly, the Court VACATES the Case Management Conference. All other case deadlines shall remain unchanged. The Court will set a further Case Management Conference, if necessary, in its order addressing Plaintiff's anticipated motion for class certification.

Dated: June 16, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam Gutride adam@gutridesafier.com
Adam Joseph Bedel ajbedel@quinnemanuel.com
Jeffery David McFarland jdm@quinnemanuel.com
Seth Adam Safier seth@gutridesafier.com
Stan Karas stankaras@quinnemanuel.com

**Dated:  June 16, 2010**                              **Richard W. Wieking, Clerk**

                                                       **By:     /s/ JW Chambers**
                                                              **Elizabeth Garcia**
                                                              **Courtroom Deputy**