**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**\*\* E-filed July 6, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

KEVIN EMBRY, an individual, on behalf of
himself, the general public and those
similarly situated,

              Plaintiff,
   v.

ACER AMERICA CORPORATION; and
DOES 1-50,

             Defendants.
_____/

No. C09-01808 JW (HRL)

**ORDER GRANTING PLAINTIFF'S
MOTION TO SHORTEN TIME FOR
HEARING OF PLAINTIFF'S MOTION
TO COMPEL DEPOSITION
ATTENDANCE**

**[Re: Docket No. 64]**

      Plaintiff Kevin Embry ("Embry") moves to shorten the time for hearing his motion to
compel the deposition of defendant Acer America Corporation's ("Acer") FRCP 30(b)(6) designee
to support his class certification motion.  (Docket Nos. 62 & 64.)  Embry's motion to compel is
currently noticed to be heard on Tuesday, August 3, but because the deadline to file his class
certification motion is August 2, this Court finds good cause to hear it on an earlier date.

      The motion will be heard on **Tuesday, July 20, 2010 at 10:00 a.m.** in Courtroom 2, at the
United States Courthouse, 280 South First Street in San Jose, California.  Any opposition shall be
served and filed by **Monday, July 12, 2010 at 5:00 p.m.** and any reply shall be served and filed by
**Wednesday, July 14, 2010 at 5:00 p.m.**

**IT IS SO ORDERED.**

Dated: July 6, 2010



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

1

**C09-01808 JW (HRL)Notice will be electronically mailed to:**

2

Adam Gutride                          adam@gutridesafier.com
Adam Joseph Bedel                     ajbedel@quinnemanuel.com
3
Jeffery David McFarland               jdm@quinnemanuel.com, lig@quinnemanuel.com
Seth Adam Safier                      seth@gutridesafier.com
4
Stan Karas                            stankaras@quinnemanuel.com, marthaherrera@quinnemanuel.com

5

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

3