**GUTRIDE SAFIER LLP**
ADAM J. GUTRIDE (State Bar No. 181446)
adam@gutridesafier.com
SETH A. SAFIER (State Bar No. 197427)
835 Douglass Street
seth@gutridesafier.com
L. JAY KUO (State Bar No. 173293)
jay@gutridesafier.com
San Francisco, California 94114
Telephone: (415) 336-6545
Facsimile:  (415) 449-6469

Attorneys for Plaintiff

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
  Jeffery D. McFarland (Bar No. 157628)
  jeffmcfarland@quinnemanuel.com
  Stan Karas (Bar No. 222402)
  stankaras@quinnemanuel.com

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Defendant ACER AMERICA CORPORATION

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED /s/ James Ware, Judge James Ware, 2/16/2011]*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| KEVIN EMBRY, an individual, on behalf of himself, the general public and those similarly situated<br><br>    Plaintiff,<br><br>          v.<br><br>ACER AMERICA CORPORATION; AND DOES 1 THROUGH 50<br><br>    Defendants | CASE NO.  CV-09-01808 (JW)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY CUTOFF AND MOTION TO COMPEL DEADLINE** |

TO THE COURT:

Whereas, on September 28, 2010, this Court established February 4, 2011 as the discovery cut off (Dkt.#95, at 1);

Whereas, on January 26, 2011, Magistrate Judge Lloyd issued an order granting in part and denying in part Plaintiff's motions to compel ("January 26 Order") (Dkt.# 114);

Whereas, the January 26 Order, *inter alia*, ordered Defendant to produce "all responsive, non-privileged documents and serve its answers to interrogatories **no later than February 2, 2011**;" (Id.) (emphasis in original);

Whereas, the January 26 Order additionally confirmed that Defendant would appear for the Fed. R. Civ. P. Rule 30(b)(6) deposition that was noticed by Plaintiff, as limited by the January 26 Order; and

Whereas, Defendant has not been able to fully comply with the January 26 Order due to circumstances including the closure of Acer Inc.'s Taiwan office due to the Chinese New Year.

NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE as follows:

The discovery cut off previously set for February 4, 2011 will be continued until and including **February 28, 2011.**

Any applicable motion to compel deadlines, including without limitation set forth in Civil L.R. 37-3, will also be continued;

If this Court denies this stipulation, Plaintiff shall have five (5) days from the denial of this stipulation to file a motion to compel;

Defendant shall not argue that Plaintiff's motion to compel is untimely if it is filed within five (5) days of this Court's denial of this stipulation; and

This stipulation shall not waive either parties' right to request a further continuation of the discovery cut-off or motion to compel deadline and/or a continuation of the briefing schedule for Plaintiff's renewed motion for class certification or Defendant's motion for summary judgment.

IT IS SO STIPULATED.

1  DATED: February 11, 2011            GUTRIDE SAFIER LLP
                                       /s/
2                                      By:_____
                                          Adam Gutride
3                                         Seth A. Safier
                                          Attorneys for Plaintiff Kevin Embry
4

5
   DATED: February 11, 2011
6                                      QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP
7                                      /s/
                                       By: _____
8                                         Jeffery D. McFarland
                                          Stan Karas
9                                         Attorneys for Defendant Acer America
                                          Corporation
10

11
         FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.
12
   DATED:     February 16,   , 2011
13

14                                     _____
                                       Honorable James Ware
15                                     United States District Court Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY CUT OFF AND MOTION TO
COMPEL DEADLINE – EMBRY V. ACER, CASE 09-1808

2