**\*E-FILED 06-01-2011\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEVIN EMBRY, an individual, on behalf of himself, the general public and those similarly situated,<br><br>　　　　　Plaintiff,<br>　v.<br><br>ACER AMERICA CORPORATION; and DOES 1 THROUGH 50,<br><br>　　　　　Defendant.<br>_____/ | No. C09-01808 JW (HRL)<br><br>**ORDER DENYING DEFENDANT'S EX PARTE MOTION FOR ADDITIONAL DEPOSITION TIME**<br><br>[Re: Docket No. 156] |

　　　Defendant moves, on a purported ex parte basis, for an order allowing four additional hours to depose plaintiff's expert witness Kendyl Roman. Plaintiff opposes the motion. Defendant's motion, which was not properly brought as an ex parte matter under Civil Local Rule 7-10, is procedurally improper. Moreover, on the record presented, this court finds no good cause for allowing a further deposition of plaintiff's expert. The motion is denied.

　　　SO ORDERED.

Dated: June 1, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

5:09-cv-01808-JW Notice has been electronically mailed to:

Adam Gutride     adam@gutridesafier.com

Adam Joseph Bedel     ajbedel@quinnemanuel.com

Jeffery David McFarland     jdm@quinnemanuel.com, lig@quinnemanuel.com

Seth Adam Safier     seth@gutridesafier.com

Stan Karas     stankaras@quinnemanuel.com, calendar@quinnemanuel.com, marthaherrera@quinnemanuel.com

Todd Michael Kennedy     todd@gutridesafier.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.