

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN EMBRY, an individual, on behalf of himself, the general public and those similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ACER AMERICA CORPORATION; AND DOES 1 THROUGH 50,<br><br>　　　　　Defendants. | CASE NO. CV-09-1808 JW (HRL)<br><br>**[PROPOSED] ORDER ON STIPULATION CONCERNING BRIEFING FOR PLAINTIFF'S RENEWED MOTION FOR CLASS CERTIFICATION**<br><br>Hon. Judge James Ware |

03926.22689/4119848.2

Case No. CV-09-1808 JW (HRL)
[PROPOSED] ORDER ON STIPULATION

1 **[PROPOSED] ORDER**

2 Having considered the parties' Stipulation Concerning Briefing for Plaintiff's Renewed
3 Motion for Class Certification, and good cause appearing, it is hereby ordered that the new the
4 new briefing dates will be as follows:

5 Opposition Due: July 25, 2011

6 Reply Due: August 29, 2011

7 Hearing: September 12, 2011 (unchanged)

8 **IT IS SO ORDERED.**

10 Dated: June 30, 2011

11 _____
The Honorable James Ware
12 United States District Judge