

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN EMBRY, an individual, on behalf of himself, the general public and those similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>ACER AMERICA CORPORATION; AND DOES 1 THROUGH 50,<br><br>    Defendants. | CASE NO. CV-09-1808 JW<br><br>[PROPOSED] ORDER ON STIPULATION CONCERNING BRIEFING FOR PLAINTIFF'S RENEWED MOTION FOR CLASS CERTIFICATION<br><br>Hon. Judge James Ware |

| | |
|---|---|
| 1 | **[~~PROPOSED~~] ORDER** |
| 2 | Having considered the parties' Stipulation Concerning Briefing for Plaintiff's Renewed |
| 3 | Motion for Class Certification, and good cause appearing, it is hereby ordered that the new the |
| 4 | new briefing dates will be as follows: |
| 5 | Opposition Due: August 8, 2011 |
| 6 | Reply Due: August 29, 2011 (unchanged) |
| 7 | Hearing: September 12, 2011 (unchanged) |
| 8 | **IT IS SO ORDERED.** |

Dated: July 27, 2011

_____
The Honorable James Ware
United States District Judge

03926.22689/4119848.3

-1-

Case No. CV-09-1808 JW (HRL)
[~~PROPOSED~~] ORDER ON STIPULATION