IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Kevin Embry, | NO. C 09-01808 JW |
| Plaintiff, | **ORDER REQUESTING REVISED PROPOSED ORDER FOR JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| v. | |
| ACER America Corp., | |
| Defendant. | |

Presently before the Court is the parties' Joint Motion for Preliminary Approval of Class Action Settlement. (hereafter, "Motion," Docket Item No. 175.) The Motion is currently set for hearing on September 12, 2011. In the Motion and supporting papers, the parties do not propose a settlement claim administrator.

Accordingly, on or before **September 9, 2011**, **at noon,** the parties shall filed a revised Proposed Order for Preliminary Approval of Class Action Settlement which shall include the name of the settlement administrator.

Dated: September 7, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam Gutride adam@gutridesafier.com
Adam Joseph Bedel ajbedel@quinnemanuel.com
Jeffery David McFarland jdm@quinnemanuel.com
Seth Adam Safier seth@gutridesafier.com
Stan Karas stankaras@quinnemanuel.com
Todd Michael Kennedy todd@gutridesafier.com

Dated:  September 7, 2011					Richard W. Wieking, Clerk

								By:     /s/ JW Chambers
								         **Susan Imbriani**
								         **Courtroom Deputy**