IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Kevin Embry,<br><br>        Plaintiff,<br>   v.<br><br>ACER America Corp.,<br><br>        Defendant. | NO. C 09-01808 JW<br><br>**ORDER REQUESTING FURTHER REVISED PROPOSED ORDER FOR JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

On September 7, 2011, the Court ordered the parties in this case to file a revised Proposed Order for Preliminary Approval of Class Action Settlement "which shall include the name of the settlement administrator," as the Court found that the parties had failed to propose a settlement claim administrator in their Joint Motion for Preliminary Approval of Class Action Settlement and its supporting papers. (See Docket Item No. 178.) On September 8, 2011, Plaintiff filed a Supplemental Memorandum contending that the Settlement Agreement provides that "Claim Administrator" means "Defendant *or* a qualified third-party," and that the parties "have subsequently confirmed that [Defendant] itself will be acting as Claim Administrator."[1] On September 8, 2011, the parties also filed a Revised Proposed Order. (hereafter, "Revised Proposed

---

[1] (Supplemental Memorandum of Points and Authorities in Support of Motion for Preliminary Approval of Class Action Settlement at 1, Docket Item No. 179.) The parties contend that Defendant is "well-placed to serve as claim administrator," as it has done so in a prior "federal class action settlement." (Id.)

Order," Docket Item No. 180.) The Revised Proposed Order does not provide a date for the Final Fairness Hearing.[2]

Upon review, the Court finds that Defendant is not a suitable claim administrator because there is a potential conflict of interest. Accordingly, on or before **September 12, 2011, at 8 a.m.**, the parties shall file a further revised Proposed Order for Preliminary Approval of Class Action Settlement which shall include the name of a qualified third-party claim administrator.[3] The revised Proposed Order shall also provide a date for the Final Fairness Hearing which comports with the Court's calendar, as well as other proposed dates which shall allow sufficient time, *inter alia*, for class members to exclude themselves from the settlement class or object to the settlement and any proposed attorney fees.

To the extent that the parties are unable to obtain a third-party claim administrator by September 12, 2011, the parties may file a Stipulation to continue the hearing on Preliminary Approval to September 19, 2011, so as to provide the parties with sufficient time to file a Revised Proposed Order consistent with the terms of this Order.

Dated: September 9, 2011

JAMES WARE
United States District Chief Judge

---

[2] However, it states that a "Final Approval Hearing" shall be held "at least seventy-five (75) days after the emailing of the Class Notice." (Revised Proposed Order at 2.)

[3] In light of the fact that the hearing on the Joint Motion for Preliminary Approval of Class Action Settlement is scheduled for September 12, 2011 at 9 a.m., it is imperative that the revised Proposed Order be filed by this deadline.

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam Gutride adam@gutridesafier.com
Adam Joseph Bedel ajbedel@quinnemanuel.com
Jeffery David McFarland jdm@quinnemanuel.com
Seth Adam Safier seth@gutridesafier.com
Stan Karas stankaras@quinnemanuel.com
Todd Michael Kennedy todd@gutridesafier.com

**Dated:  September 9, 2011**                    **Richard W. Wieking, Clerk**

                                                 **By:      /s/ JW Chambers**
                                                 **Susan Imbriani**
                                                 **Courtroom Deputy**