**GUTRIDE SAFIER LLP**
ADAM J. GUTRIDE (State Bar No. 181446)
adam@gutridesafier.com
SETH A. SAFIER (State Bar No. 197427)
835 Douglass Street
seth@gutridesafier.com
L. JAY KUO (State Bar No. 173293)
jay@gutridesafier.com
San Francisco, California 94114
Telephone: (415) 336-6545
Facsimile: (415) 449-6469

Attorneys for Plaintiff

**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
  Jeffery D. McFarland (Bar No. 157628)
  jeffmcfarland@quinnemanuel.com
  Stan Karas (Bar No. 222402)
  stankaras@quinnemanuel.com
  A.J. Bedel (Bar No. 243603)
  ajbedel@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:    (213) 443-3000
Facsimile:     (213) 443-3100

Attorneys for Defendant ACER AMERICA CORPORATION

*IT IS SO ORDERED*
*Judge James Ware*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN EMBRY, an individual, on behalf of himself, the general public and those similarly situated<br><br>    Plaintiff,<br><br>            v.<br><br>ACER AMERICA CORPORATION; AND DOES 1 THROUGH 50<br><br>    Defendants | CASE NO.  CV-09-01808 (JW)<br><br>**STIPULATION TO CONTINUE HEARING RE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND MOTION FOR CLASS CERTIFICATION** |

1    TO THE COURT:

2        WHEREAS, the hearing on the parties' joint motion for preliminary approval of a class

3    action settlement, or in the alternative Plaintiff's motion for class certification, is set for

4    September 12, 2011, at 9:00 a.m.

5        WHEREAS, on September 9, 2011, the Court ordered the parties to file a revised

6    proposed order on the motion for preliminary approval that includes the name of a qualified third-

7    party claim administrator (Dkt.# 182) ("September 9 Order");

8        WHEREAS, the September 9 Order stated that if the Parties were unable to retain a third-

9    party claim administrator by September 12, 2011, they were permitted to file a stipulation to

10   continue the hearing to September 19, 2011;

11       WHEREAS, the parties are still attempting to retain a third-party claim administrator and

12   are negotiating about the costs of the administrator;

13       NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE as follows:

14       (1)    The hearing on the pending motions shall be continued to September 19, 2011 at

15   9:00 am;

16       (2)    No later than noon on September 16, 2011, the Parties shall either (1) file a revised

17   Proposed Order that complies with the September 9 Order or (2) inform the Court that they have

18   been unable to reach agreement on obtaining a qualified third-party claim administrator.  If

19   agreement is not reached, the parties will either jointly stipulate to reschedule the hearing or will

20   dissolve the proposed settlement and proceed with the hearing on Plaintiff's pending motion for

21   class certification.

22       IT IS SO STIPULATED.

23   DATED:    September 11, 2011            GUTRIDE SAFIER LLP

25                                            By: /s/ Adam Gutride
26                                                Adam Gutride
                                                  Seth A. Safier
27                                                Attorneys for Plaintiff Kevin Embry

STIPULATION TO CONTINUE PRELIM. APPROVAL HEARING – EMBRY V. ACER, CASE 09-1808
1

DATED: September 11, 2011

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: /s/ Jeff McFarland
    Jeffery D. McFarland
    Stan Karas
    A.J. Bedel
    Attorneys for Defendant Acer America Corporation

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: September 12, 2011

_____
Honorable James Ware
United States District Court Judge

STIPULATION TO CONTINUE PRELIM. APPROVAL HEARING – EMBRY V. ACER, CASE 09-1808
2