**IT IS SO ORDERED**
*James Ware*
Judge James Ware

| | |
|---|---|
| 1 | **GUTRIDE SAFIER LLP** |
| | ADAM J. GUTRIDE (State Bar No. 181446) |
| 2 | adam@gutridesafier.com |
| | SETH A. SAFIER (State Bar No. 197427) |
| 3 | 835 Douglass Street |
| | seth@gutridesafier.com |
| 4 | L. JAY KUO (State Bar No. 173293) |
| | jay@gutridesafier.com |
| 5 | San Francisco, California 94114 |
| | Telephone: (415) 336-6545 |
| 6 | Facsimile: (415) 449-6469 |
| 7 | Attorneys for Plaintiff |
| 8 | **QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP** |
| | Jeffery D. McFarland (Bar No. 157628) |
| 9 | jeffmcfarland@quinnemanuel.com |
| | Stan Karas (Bar No. 222402) |
| 10 | stankaras@quinnemanuel.com |
| | A.J. Bedel (Bar No. 243603) |
| 11 | ajbedel@quinnemanuel.com |
| | 865 South Figueroa Street, 10th Floor |
| 12 | Los Angeles, California 90017-2543 |
| | Telephone: (213) 443-3000 |
| 13 | Facsimile: (213) 443-3100 |
| 14 | Attorneys for Defendant ACER AMERICA CORPORATION |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN EMBRY, an individual, on behalf of himself, the general public and those similarly situated | CASE NO. CV-09-01808 (JW) |
| Plaintiff, | **STIPULATED REQUEST FOR ADDITIONAL TIME TO PROVIDE AMENDED CLAIM FORM AND PRELIMINARY APPROVAL ORDER** |
| v. | |
| ACER AMERICA CORPORATION; AND DOES 1 THROUGH 50 | |
| Defendants | |

1 | TO THE COURT:

2 |     WHEREAS, on September 20, 2011, the Court ordered the parties to submit a revised

3 | proposed order on the motion for preliminary approval as well as a revised claim form, on or

4 | before September 26, 2011, with directions to "revise the Proposed Order to address the question

5 | of what relief will be available to those class members whose computers do not have an internal

6 | CD drive" (Dkt.# 188) ("September 20 Order");

7 |     WHEREAS, Acer has confirmed that approximately 70% of the computers sold during the

8 | class period were shipped with an internal CD or DVD drive, and Acer is attempting to determine

9 | what additional percentage may have been sold with an external CD or DVD drive;

10 |     WHEREAS, Microsoft has informed Acer that Microsoft will not permit the Windows

11 | recovery utilities to be distributed via download from the Internet;

12 |     WHEREAS, the parties are currently researching whether the Windows recovery utilities

13 | might be provided to class members in a format other than CD or DVD, which requires Acer to

14 | seek approval of Microsoft and to determine the cost of alternative formats;

15 |     NOW THEREFORE, THE PARTIES HEREBY JOINTLY REQUEST that the Court

16 | extend the time for the parties to comply with the September 20 Order until October 3, 2011.

17 | DATED: September 26, 2011      GUTRIDE SAFIER LLP

18

19 |     By: /s/ Adam Gutride_____
20 |         Adam Gutride
        Seth A. Safier
21 |         Attorneys for Plaintiff Kevin Embry

22

23 | DATED: September 26, 2011
    QUINN EMANUEL URQUHART OLIVER &
24 |     HEDGES, LLP

25 |     By: /s/ Jeff McFarland_____
26 |         Jeffery D. McFarland
        Stan Karas
27 |         A.J. Bedel
        Attorneys for Defendant Acer America
28 |         Corporation

STIPULATED REQUEST FOR ADDITIONAL TIME RE REVISED PRELIM. APPROVAL ORDER–
EMBRY V. ACER, CASE 09-1808

1

1
2
3   FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.
4   DATED: ___September 28___, 2011
5
6
7                                              _____
                                               Honorable James Ware
8                                              United States District Court Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATED REQUEST FOR ADDITIONAL TIME RE REVISED PRELIM. APPROVAL ORDER–
EMBRY V. ACER, CASE 09-1808