1  **GUTRIDE SAFIER LLP**
   ADAM J. GUTRIDE (State Bar No. 181446)
2  adam@gutridesafier.com
   SETH A. SAFIER (State Bar No. 197427)
3  835 Douglass Street
   seth@gutridesafier.com
4  L. JAY KUO (State Bar No. 173293)
   jay@gutridesafier.com
5  San Francisco, California 94114
   Telephone: (415) 336-6545
6  Facsimile:  (415) 449-6469

7  Attorneys for Plaintiff

8  **QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
      Jeffery D. McFarland (Bar No. 157628)
9     jeffmcfarland@quinnemanuel.com
      Stan Karas (Bar No. 222402)
10    stankaras@quinnemanuel.com
      A.J. Bedel (Bar No. 243603)
11    ajbedel@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
12 Los Angeles, California 90017-2543
   Telephone:    (213) 443-3000
13 Facsimile:    (213) 443-3100

14 Attorneys for Defendant ACER AMERICA CORPORATION

*IT IS SO ORDERED*
*Judge James Ware*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN EMBRY, an individual, on behalf of himself, the general public and those similarly situated<br><br>Plaintiff,<br><br>v.<br><br>ACER AMERICA CORPORATION; AND DOES 1 THROUGH 50<br><br>Defendants | CASE NO.  CV-09-01808 (JW)<br><br>**STIPULATED REQUEST FOR ADDITIONAL TIME TO PROVIDE AMENDED CLAIM FORM AND PRELIMINARY APPROVAL ORDER** |

1  TO THE COURT:

2     WHEREAS, on September 20, 2011, the Court ordered the parties to submit a revised
3  proposed order on the motion for preliminary approval as well as a revised claim form, on or
4  before September 26, 2011, with directions to "revise the Proposed Order to address the question
5  of what relief will be available to those class members whose computers do not have an internal
6  CD drive" (Dkt.# 188) ("September 20 Order");

7     WHEREAS, Acer has confirmed that approximately 70% of the computers sold during the
8  class period were shipped with an internal CD or DVD drive, and Acer is attempting to determine
9  what additional percentage may have been sold with an external CD or DVD drive;

10    WHEREAS, Microsoft has informed Acer that Microsoft will not permit the Windows
11 recovery utilities to be distributed via download from the Internet;

12    WHEREAS, the parties are currently researching whether the Windows recovery utilities
13 might be provided to class members in a format other than CD or DVD, which requires Acer to
14 seek approval of Microsoft and to determine the cost of alternative formats;

15    NOW THEREFORE, THE PARTIES HEREBY JOINTLY REQUEST that the Court
16 extend the time for the parties to comply with the September 20 Order until October 3, 2011.

17 DATED:    September 26, 2011        GUTRIDE SAFIER LLP
18
19                                     By:/s/ Adam Gutride_____
20                                        Adam Gutride
                                          Seth A. Safier
21                                        Attorneys for Plaintiff Kevin Embry
22

23 DATED:    September 26, 2011
                                       QUINN EMANUEL URQUHART OLIVER &
24                                     HEDGES, LLP

25
                                       By:/s/ Jeff McFarland_____
26                                        Jeffery D. McFarland
                                          Stan Karas
27                                        A.J. Bedel
                                          Attorneys for Defendant Acer America
28                                        Corporation

STIPULATED REQUEST FOR ADDITIONAL TIME RE REVISED PRELIM. APPROVAL ORDER–
EMBRY V. ACER, CASE 09-1808
                                        1

1
2  FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.
3  DATED:     September 28    , 2011
4
5
6
7                                            _____
                                             Honorable James Ware
8                                            United States District Court Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATED REQUEST FOR ADDITIONAL TIME RE REVISED PRELIM. APPROVAL ORDER–
EMBRY V. ACER, CASE 09-1808

2