**GUTRIDE SAFIER LLP**
ADAM J. GUTRIDE (State Bar No. 181446)
adam@gutridesafier.com
SETH A. SAFIER (State Bar No. 197427)
835 Douglass Street
seth@gutridesafier.com
L. JAY KUO (State Bar No. 173293)
jay@gutridesafier.com
San Francisco, California 94114
Telephone: (415) 336-6545
Facsimile:  (415) 449-6469

Attorneys for Plaintiff

**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
  Jeffery D. McFarland (Bar No. 157628)
  jeffmcfarland@quinnemanuel.com
  Stan Karas (Bar No. 222402)
  stankaras@quinnemanuel.com
  A.J. Bedel (Bar No. 243603)
  ajbedel@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Defendant ACER AMERICA CORPORATION

IT IS SO ORDERED
Judge James Ware

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN EMBRY, an individual, on behalf of himself, the general public and those similarly situated<br><br>    Plaintiff,<br><br>           v.<br><br>ACER AMERICA CORPORATION; AND DOES 1 THROUGH 50<br><br>    Defendants | CASE NO.  CV-09-01808 (JW)<br><br>**SECOND STIPULATED REQUEST FOR ADDITIONAL TIME TO PROVIDE AMENDED CLAIM FORM AND PRELIMINARY APPROVAL ORDER** |

1  TO THE COURT:

2  WHEREAS, on September 20, 2011, the Court ordered the parties, on or before
3  September 26, 2011, to "revise the Proposed Order to address the question of what relief will be
4  available to those class members whose computers do not have an internal CD drive" (Dkt.# 188)
5  ("September 20 Order")

6  WHEREAS, on September 28, 2011, in response to the parties' stipulated request, the
7  Court extended the deadline until October 3, 2011;

8  WHEREAS, Acer has not yet been able (1) to attain approval from Microsoft to distribute
9  the Windows recovery utilities to class members in a format other than CD or DVD, (2) obtain a
10 list of vendor(s) whom Microsoft would approve to create those format(s), or (3) determine the
11 cost of doing so;

12 WHEREAS, Acer must communicate with Microsoft through Acer employees in Taiwan;
13 and

14 WHEREAS, Acer hopes that it will have received the necessary information in the next
15 week or at most the next fourteen days,

16 NOW THEREFORE, THE PARTIES HEREBY JOINTLY REQUEST that the Court
17 extend the time for the parties to comply with the September 20 Order until October 17, 2011.

18 DATED:   October 3, 2011        GUTRIDE SAFIER LLP
19
20                                 By:/s/ Adam Gutride _____
21                                    Adam Gutride
                                      Seth A. Safier
22                                    Attorneys for Plaintiff Kevin Embry
23
24 DATED:   October 3, 2011
                                   QUINN EMANUEL URQUHART OLIVER &
25                                 HEDGES, LLP
26
                                   By:/s/ Jeff McFarland_____
27                                    Jeffery D. McFarland
                                      Stan Karas
28                                    A.J. Bedel

SECOND STIPULATED REQUEST FOR ADDITIONAL TIME RE REVISED PRELIM. APPROVAL ORDER–
EMBRY V. ACER, CASE 09-1808

1

Attorneys for Defendant Acer America Corporation

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED:     October 5      , 2011

_____
Honorable James Ware
United States District Court Judge

SECOND STIPULATED REQUEST FOR ADDITIONAL TIME RE REVISED PRELIM. APPROVAL ORDER–
EMBRY V. ACER, CASE 09-1808

2