1 | GUTRIDE SAFIER LLP
2 | ADAM J. GUTRIDE (State Bar No. 181446)
    adam@gutridesafier.com
    SETH A. SAFIER (State Bar No. 197427)
3 | 835 Douglass Street
    seth@gutridesafier.com
4 | L. JAY KUO (State Bar No. 173293)
    jay@gutridesafier.com
5 | San Francisco, California 94114
    Telephone: (415) 336-6545
6 | Facsimile: (415) 449-6469

7 | Attorneys for Plaintiff

8 | QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Jeffery D. McFarland (Bar No. 157628)
9 |   jeffmcfarland@quinnemanuel.com
    Stan Karas (Bar No. 222402)
10 |   stankaras@quinnemanuel.com
    A.J. Bedel (Bar No. 243603)
11 |   ajbedel@quinnemanuel.com
    865 South Figueroa Street, 10th Floor
12 | Los Angeles, California 90017-2543
    Telephone:   (213) 443-3000
13 | Facsimile:   (213) 443-3100

14 | Attorneys for Defendant ACER AMERICA CORPORATION

**IT IS SO ORDERED**
*Judge James Ware*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN EMBRY, an individual, on behalf of himself, the general public and those similarly situated<br><br>Plaintiff,<br><br>v.<br><br>ACER AMERICA CORPORATION; AND DOES 1 THROUGH 50<br><br>Defendants | CASE NO. CV-09-01808 (JW)<br><br>**STIPULATED REQUEST FOR ADDITIONAL TIME TO PROVIDE CLASS NOTICE** |

03926.22689/4431886.1

| | |
|---|---|
| 1 | TO THE COURT: |
| 2 | WHEREAS, on October 24, 2011, the Court issued an order granting preliminary |
| 3 | approval to the parties' settlement of the claims of the proposed class (Dkt.# 195); |
| 4 | WHEREAS, the parties' settlement agreement provides that notice to the class shall be |
| 5 | provided within 14 days of the preliminary approval of the settlement; |
| 6 | WHEREAS, Acer reports that it has had technical difficulties in compiling an email |
| 7 | database of all potential class members, which have rendered it impossible for it to provide email |
| 8 | notice to the class by November 8, 2011; |
| 9 | WHEREAS, Acer will initiate published notice in the week of November 8, 2011, as |
| 10 | originally ordered, and will initiate email notice on or before November 15, 2011. |
| 11 | NOW THEREFORE, ACER REQUESTS that the Court extend the time for the parties |
| 12 | provide email notice to November 15, 2011. Plaintiff does not oppose this request. |
| 13 | DATED:   November 3, 2011         GUTRIDE SAFIER LLP |
| 14 | |
| 15 | By:/s/ Adam Gutride |
| 16 | Adam Gutride<br>Seth A. Safier |
| 17 | Attorneys for Plaintiff Kevin Embry |
| 18 | |
| 19 | DATED:   November 3, 2011 |
|  | QUINN EMANUEL URQUHART & |
| 20 | SULLIVAN, LLP |
| 21 | By:/s/ Jeff McFarland |
| 22 | Jeffery D. McFarland<br>Stan Karas |
| 23 | Attorneys for Defendant Acer America<br>Corporation |
| 24 | |
| 25 | FOR GOOD CAUSE SHOWN, IT IS SO ORDERED. |
| 26 | DATED:   November 7 ___, 2011 |
| 27 | |
| 28 | |

03926.22689/4431886.1 STIPULATED REQUEST FOR ADDITIONAL TIME
EMBRY V. ACER, CASE 09-1808

1

_____
Honorable James Ware
United States District Court Judge