GUTRIDE SAFIER LLP
ADAM J. GUTRIDE (State Bar No. 181446)
adam@gutridesafier.com
SETH A. SAFIER (State Bar No. 197427)
835 Douglass Street
seth@gutridesafier.com
L. JAY KUO (State Bar No. 173293)
jay@gutridesafier.com
San Francisco, California 94114
Telephone: (415) 336-6545
Facsimile: (415) 449-6469

Attorneys for Plaintiff

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Jeffery D. McFarland (Bar No. 157628)
  jeffmcfarland@quinnemanuel.com
  Stan Karas (Bar No. 222402)
  stankaras@quinnemanuel.com
  A.J. Bedel (Bar No. 243603)
  ajbedel@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Defendant ACER AMERICA CORPORATION

*IT IS SO ORDERED* — Judge James Ware

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN EMBRY, an individual, on behalf of himself, the general public and those similarly situated<br><br>Plaintiff,<br><br>v.<br><br>ACER AMERICA CORPORATION; AND DOES 1 THROUGH 50<br><br>Defendants | CASE NO. CV-09-01808 (JW)<br><br>**STIPULATED REQUEST FOR ADDITIONAL TIME TO PROVIDE CLASS NOTICE** |

03926.22689/4431886.1

| | |
|---|---|
| 1 | TO THE COURT: |
| 2 |     WHEREAS, on October 24, 2011, the Court issued an order granting preliminary |
| 3 | approval to the parties' settlement of the claims of the proposed class (Dkt.# 195); |
| 4 |     WHEREAS, the parties' settlement agreement provides that notice to the class shall be |
| 5 | provided within 14 days of the preliminary approval of the settlement; |
| 6 |     WHEREAS, Acer reports that it has had technical difficulties in compiling an email |
| 7 | database of all potential class members, which have rendered it impossible for it to provide email |
| 8 | notice to the class by November 8, 2011; |
| 9 |     WHEREAS, Acer will initiate published notice in the week of November 8, 2011, as |
| 10 | originally ordered, and will initiate email notice on or before November 15, 2011. |
| 11 |     NOW THEREFORE, ACER REQUESTS that the Court extend the time for the parties |
| 12 | provide email notice to November 15, 2011. Plaintiff does not oppose this request. |

DATED: November 3, 2011      GUTRIDE SAFIER LLP

By: /s/ Adam Gutride
    Adam Gutride
    Seth A. Safier
    Attorneys for Plaintiff Kevin Embry

DATED: November 3, 2011

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Jeff McFarland
    Jeffery D. McFarland
    Stan Karas
    Attorneys for Defendant Acer America Corporation

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: November 7____, 2011

03926.22689/4431886.1 STIPULATED REQUEST FOR ADDITIONAL TIME
EMBRY V. ACER, CASE 09-1808

1

_____
Honorable James Ware
United States District Court Judge