# GUTRIDE SAFIER LLP
Attorneys at Law

February 15, 2012

Honorable James A. Ware
Chief Judge, United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

       RE:    *Embry v. ACER America Corporation*, Case No. 5:09-cv-01808-JW

Dear Judge Ware:

    Yesterday afternoon we received the Court's orders granting final approval (Dkt.# 218) and overruling the Cannata objections (Dkt. # 217). We appreciate the Court's prompt rulings. We have not, however, received any order with regard to the objections of Christopher Bandas (Dkt.# 199). The parties' original proposed order of final approval had included general language in paragraph 7 overruling all objections, but the Court removed that language, so there is not any indication in the record that the Court reviewed and overruled the Bandas objections. To assist the Court in addressing the Bandas objections, I have attached a further proposed order.

    Please let us know if we can be of further assistance. As always, we greatly appreciate the Court's time and attention to this matter.

        Very truly yours,

        Seth A. Safier, Esq.
        Class Counsel