Joseph Darrell Palmer (SBN 125147)
Email: darrell.palmer@palmerlegalteam.com
Law Offices of Darrell Palmer
603 North Highway 101, Ste A
Solana Beach, California 92075
Telephone: (858) 792-5600
Facsimile: (858) 792-5655

Attorney for Objector Christopher Bandas

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN EMBRY, individually and on behalf of himself, the general public and those similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ACER AMERICA CORPORATION; AND DOES 1 THROUGH 50,<br><br>　　　　Defendants. | Case No. 09-cv-1808-JW<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Christopher Bandas, Objector, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Final Approval Order and Judgment [Doc 218] entered in this action on February 14, 2012.

　　　　　　　　　　　　　　　　　　　　　LAW OFFICES OF DARRELL PALMER

Dated:  March 12, 2012　　　　　　　　By: ____/s/ Darrell Palmer_____
　　　　　　　　　　　　　　　　　　　　　　　Darrell Palmer
　　　　　　　　　　　　　　　　　　　　Attorney for Objector, CHRISTOPHER BANDAS

1

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2012, I electronically filed the foregoing NOTICE OF APPEAL with the Clerk of the Court of the United States District Court for the Northern District of California by using the USDC CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the USDC CM/ECF system.


      /s/ Joseph Darrell Palmer
Joseph Darrell Palmer
Attorney for Objector Christopher Bandas