Sam P. Cannata
9555 Vista Way, Ste. 200
Cleveland, OH 44125
Telephone: (216) 438-5091
Facsimile: (216) 587-0999
Email: samcannata@cannataphillipslaw.com

Pro Per



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN EMERY, an individual, on behalf of himself, the general public and those similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ACER AMERICA CORPORATION; AND DOES 1 THROUGH 50, <br><br> Defendants. | Case No.: CV-09-1808 (JW) <br><br> **NOTICE OF APPEAL** |

    Notice is hereby given that Sam P. Cannata, Objector, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Final Approval Order and Judgment [Document 218] entered in this action on February 14, 2012.

Dated: March 13, 2012

                                                      Sam P. Cannata

# CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2012, I delivered the foregoing document to be filed by Federal Express to the **Clerk of Court, United District Court, Northern District of California, San Francisco Division, 450 Golden Gate Avenue, San Francisco, CA 94102.**

I further certify that I mailed the foregoing document by First Class Mail, postage prepaid, to the following participants at the mailing addresses listed:

| Plaintiff's Counsel | Acer's Counsel |
|---|---|
| Adam Gutride<br>Gutride Safier LLP<br>835 Douglass St.<br>San Francisco, CA 94114 | Jeff McFarland<br>Quinn Emanuel Urquhart & Sullivan LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017 |

Sam P. Cannata