IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Kevin Embry,<br><br>        Plaintiff,<br>   v.<br><br>ACER America Corp.,<br><br>        Defendant.<br>_____/ | NO. C 09-01808 JW<br><br>**ORDER DENYING OBJECTOR'S MOTION TO REOPEN CASE; DENYING AS MOOT PLAINTIFF'S MOTION TO REQUIRE APPEAL BOND** |

Presently before the Court are Plaintiff's Motion to Require Appeal Bond[1] and Objector Bandas' Motion to Reopen Case.[2] Plaintiff asks the Court to require Objectors to post a bond of $346,814.51, on the grounds that Objectors' appeal to the Ninth Circuit is frivolous and will result in a diminution of the value of the settlement to class members. (Bond Motion at 10-16.) After Plaintiff's Motion was filed and fully briefed, the Ninth Circuit dismissed Objectors' appeal under Circuit Rule 42-1 for failure to pay appeal fees. (See Docket Item No. 241.) Objector Bandas contends that this dismissal was in error, and asks the Court to reopen the case based on his belief that the Ninth Circuit will likely reopen his appeal as well.[3]

---

[1] (Plaintiff's Notice of Motion and Motion for Appeal Bond; Memorandum in Support Thereof, hereafter, "Bond Motion," Docket Item No. 232.)

[2] (Objector Bandas' Motion for Administrative Relief Under Local Rule 7-11, to Reopen Case Based Upon Administrative Error, hereafter, "Reopen Motion," Docket Item No. 243.)

[3] (See Reopen Motion at 2.)

Upon review, in light of the dismissal of Objectors' appeal by the Ninth Circuit, the Court finds that Plaintiff's Motion to Require Appeal Bond is moot. Because there is no active appeal at this time, the Court finds that it would be improvident to require any appellate bond. In addition, although Objector Bandas contends that his appeal was dismissed by the Ninth Circuit on the basis of an administrative error,[4] the Court finds that this question is to be decided solely by the Circuit itself.

Accordingly, the Court DENIES Objector Bandas' Motion to Reopen Case. Because no appeal is currently pending in this case, the Court DENIES as moot Plaintiff's Motion to Require Appeal Bond.[5]

Dated: April 24, 2012

JAMES WARE
United States District Chief Judge

---

[4] (Reopen Motion at 2.)

[5] In light of this Order, the Court further DENIES as moot Plaintiff's Motion to Conduct Discovery. (See Docket Item No. 228.)

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam Gutride adam@gutridesafier.com
Adam Joseph Bedel ajbedel@quinnemanuel.com
Jeffery David McFarland jdm@quinnemanuel.com
Joseph Darrell Palmer darrell.palmer@palmerlegalteam.com
Sam Cannata samcannata@cannataphillipslaw.com
Seth Adam Safier seth@gutridesafier.com
Stan Karas stankaras@quinnemanuel.com
Todd Michael Kennedy todd@gutridesafier.com

**Dated: April 24, 2012**                              **Richard W. Wieking, Clerk**

**By:     /s/ JW Chambers**
      **Teresa De Martini**
      **Courtroom Deputy**

**United States District Court**
For the Northern District of California