1  **GUTRIDE SAFIER LLP**
   ADAM J. GUTRIDE (State Bar No. 181446)
2  SETH A. SAFIER (State Bar No. 197427)
   835 Douglass Street
3  San Francisco, California 94114
   Telephone: (415) 336-6545
4  Facsimile:  (415) 449-6469

5  Attorneys for Plaintiff KEVIN EMBRY

6                    UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA

8                         SAN FRANCISCO DIVISION

9  | KEVIN EMBRY, an individual, on behalf of himself, the general public and those similarly situated | CASE NO.  CV-09-1808 (JW) |
   |---|---|
   | Plaintiff, | **PLAINTIFF'S SUPPLEMENTAL BRIEF IN SUPPORT OF MOTIONS FOR DISCOVERY AND APPEAL BOND** |
   | v. | Date: April 30, 2012<br>Time: 9:00 am |
   | ACER AMERICA CORPORATION; AND DOES 1 THROUGH 50 | Place: Courtroom 9, 19th Floor<br>Judge: Hon. James Ware |
   | Defendants | |

Plaintiff respectfully submits this supplemental brief regarding the status of appeals in the Ninth Circuit, as directed by this Court on April 26, 2012. (N.D. Cal. Dkt.# 247.)

## I. INTRODUCTION

Plaintiff has pending two motions related to Objectors Christopher Bandas and Sam Cannata: (1) for leave to take discovery (N.D. Cal. Dkt.# 228) and (2) for imposition of an appellate bond, joint and severally, against Cannata, Bandas and the Law Offices of Darrell Palmer (N.D. Cal. Dkt.# 232). On April 24, the Court issued an order denying the motions as moot as they concerned Bandas and the Law Offices of Darrell Palmer, on the grounds that the appeal had been dismissed. (N.D. Cal. Dkt.# 245.) As the motions were not moot as to objector Sam Cannata, whose appeal remained pending, Plaintiff immediately notified the Court, and the parties, of his intent to appear and argue at the scheduled hearing. (N.D. Cal. Dkt.# 246.) The Court then issued an order asking for additional briefing as to the status of the appeals and stated that it would reconsider its denial of the motions if any appeal remains active. (N.D. Cal. Dkt.# 247.)

## II. THE BANDAS APPEAL HAS BEEN DISMISSED BUT A RENEWED MOTION TO REINSTATE IS PENDING

The Bandas appeal has been dismssed for failure to prosecute. It is accordingly inactive. Mr. Bandas has pending a renewed motion to reinstate the appeal. To assist the Court, a copy of the appellate docket sheet for that appeal is attached hereto as Exhibit A.

Bandas' appellate history is as follows. He filed his appeal on March 12, 2012. (N.D. Cal. Dkt.# 222.) His appeal was assigned appeal number 12-15555. (9th Cir. Appeal No. 12-15555 Dkt.# 1; N.D. Cal. Dkt.# 223.) He did not pay fees at time of filing. (N.D. Cal. Dkt.# 222 (stating "Appeal fee FEE NOT PAID.") The Ninth Circuit issued an Order on March 22 directing him to pay the fee within 21 days or show cause why the appeal should not be dismissed. (9th Cir. Appeal No. 12-15555 Dkt.# 2; N.D. Cal. Dkt.# 229.) He did not pay or respond. On April 18 (27 days later), the Ninth Circuit dismissed the appeal. (9th Cir. Appeal No. 12-15555 Dkt.# 5; N.D. Cal. Dkt.# 233). Mr. Bandas then moved to reinstate the appeal. (9th Cir. Appeal No. 12-15555 Dkt.# 6; N.D. Cal. Dkt.# 243.) The Ninth Circuit denied the motion without prejudice

to renewal after he provided proof that he had paid the fee. (9th Cir. Appeal No. 12-15555 Dkt.# 8; N.D. Cal. Dkt.# 248.) Mr. Bandas then paid the fee and renewed the motion to reinstate. (9th Cir. Appeal No. 12-15555 Dkt.# 9, 10; N.D. Cal. Dkt.# 249.) His appeal is inactive, though his renewed motion to reinstate remains pending.

### III.  THE CANNATA APPEAL IS STILL ACTIVE

The Cannata appeal has never been dismissed and remains active. To assist the Court, a copy of the appellate docket sheet for that appeal is attached hereto as Exhibit B.

Cannata's appellate history is as follows. He filed his appeal on March 14, 2012. (9th Cir. Appeal No. 12-15663 Dkt.# 1; N.D. Cal. Dkt.# 225). His appeal was assigned appeal number 12-15663. (9th Cir. Appeal No. 12-15663 Dkt.# 1; N.D. Cal. Dkt.# 231.) He also did not pay his fees at the time of filing. (N.D. Cal. Dkt.# 231, stating "Appeal fee FEE NOT PAID.") The Ninth Circuit issued an Order on March 28 directing him to pay the fee within 21 days or show cause why the appeal should not be dismissed. (9th Cir. Appeal No. 12-15663 Dkt.# 2; N.D. Cal. Dkt.# 233.) On March 18, 2012, Cannata paid the fees. (9th Cir. Appeal No. 12-15663 Dkt.# 3; N.D. Cal. Dkt.# 242.) No further action has been taken. Cannata's appeal accordingly remains active.

### IV.  CONCLUSION

Because the Cannata appeal remains active, the Court should now grant Plaintiff's motion for leave to take discovery (N.D. Cal. Dkt.# 228) and motion to impose an appellate bond (N.D. Cal. Dkt.# 332) against Mr. Cannata in the amount of $346,814.51 or such lesser amount as the Court sees fit.

DATE: May 4, 2012

                              GUTRIDE SAFIER LLP

                              /s/ Seth A. Safier
                              Adam Gutride
                              Seth A. Safier
                              Attorneys for Plaintiff

# Exhibit A

## General Docket
### United States Court of Appeals for the Ninth Circuit

| | |
|---|---|
| **Court of Appeals Docket #:** 12-15555 | **Docketed:** 03/14/2012 |
| **Nature of Suit:** 3890 Other Statutory Actions | **Termed:** 04/18/2012 |
| Kevin Embry, et al v. ACER America Corporation | |
| **Appeal From:** U.S. District Court for Northern California, San Jose | |
| **Fee Status:** Paid | |

**Case Type Information:**
  1) civil
  2) private
  3) null

**Originating Court Information:**
  **District:** 0971-5 : 5:09-cv-01808-JW
  **Court Reporter:** Irene Rodriguez, Official Court Reporter
  **Trial Judge:** James Ware, Chief District Judge
  **Date Filed:** 04/24/2009

| Date Order/Judgment: | Date Order/Judgment EOD: | Date NOA Filed: | Date Rec'd COA: |
|---|---|---|---|
| 02/14/2012 | 02/14/2012 | 03/12/2012 | 03/12/2012 |

**Prior Cases:**
  None

**Current Cases:**

| | Lead | Member | Start | End |
|---|---|---|---|---|
| Companion | 12-15555 | 12-15633 | 03/23/2012 | |

---

KEVIN EMBRY, individually and on behalf of himself, the general public and those similarly situated
       Plaintiff - Appellee,

Adam Joshua Gutride
Direct: 415-271-6469
[COR LD NTC Retained]
Gutride Safier LLP
835 Douglass Street
San Francisco, CA 94114

Todd Michael Kennedy
Direct: 415-789-6390
[COR LD NTC Retained]
Gutride Safier LLP
835 Douglass Street
San Francisco, CA 94114

Seth Adam Safier
Direct: 415-336-6545
[COR LD NTC Retained]
Gutride Safier LLP
835 Douglass Street
San Francisco, CA 94114

CHRISTOPHER BANDAS
       Objector - Appellant,

Joseph Darrell Palmer
Direct: 619-985-1099
[COR LD NTC Retained]
Law Offices of Darrell Palmer
Suite A
603 N. Highway 101
Solana Beach, CA 92075

 v.

| | |
|---|---|
| ACER AMERICA CORPORATION, a California corporation<br>　　　　Defendant - Appellee, | Adam Joseph Bedel, Attorney<br>Direct: 213-443-3232<br>[COR LD NTC Retained]<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>Tenth Floor<br>865 South Figueroa Street<br>10th Floor<br>Los Angeles, CA 90017<br><br>Stan Karas<br>Direct: 213-443-3000<br>[COR LD NTC Retained]<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>865 South Figueroa Street<br>10th Floor<br>Los Angeles, CA 90017<br><br>Jeffery McFarland<br>Direct: 213-443-3000<br>[COR LD NTC Retained]<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>865 South Figueroa Street<br>10th Floor<br>Los Angeles, CA 90017 |

KEVIN EMBRY, individually and on behalf of himself, the general public and those similarly situated,

    Plaintiff - Appellee,

CHRISTOPHER BANDAS,

    Objector - Appellant,

 v.

ACER AMERICA CORPORATION, a California corporation,

    Defendant - Appellee.

| Date | Doc # / Size | Description |
|---|---|---|
| 03/14/2012 | 1 — 14 pg, 588.1 KB | DOCKETED CAUSE AND ENTERED APPEARANCES OF COUNSEL. SEND MQ: Yes. The schedule is set as follows: Fee due from Appellant Christopher Bandas on 03/12/2012. Mediation Questionnaire due on 03/21/2012. Transcript ordered by 04/11/2012. Transcript due 05/11/2012. Appellant Christopher Bandas opening brief due 06/20/2012. Appellees ACER America Corporation and Kevin Embry answering brief due 07/20/2012. Appellant's optional reply brief is due 14 days after service of the answering brief. [8103599] (RT) |
| 03/22/2012 | 2 — 10 pg, 573.83 KB | Filed clerk order (Deputy Clerk: DVD): Order to show cause docket fee due. [8113518] (DEV) |
| 04/02/2012 | 3 — 3 pg, 134.43 KB | Filed (ECF) Appellant Christopher Bandas Mediation Questionnaire. Date of service: 04/02/2012. [8124001] (JDP) |
| 04/10/2012 | 4 — 2 pg, 33.75 KB | Filed order MEDIATION (VLS): This case is under consideration for inclusion in the Mediation Program. Within 14 days of the date of this order, counsel for all parties intending to file briefs in this matter are requested to inform Stephen Liacouras, Circuit Mediator, in writing, by email at stephen_liacouras@ca9.uscourts.gov or fax at (415) 355- 8566, of their clients' views on whether... This communication shall not be served on the opposing party and shall not be filed with the court. The existing briefing schedule remains in effect pending the determination whether the case will be selected for inclusion in the Mediation Program. [8133612] (WL) |
| 04/18/2012 | 5 — 2 pg, 81.29 KB | Filed order (Deputy Clerk: DVD) Dismissing case for failure to prosecute (Cir. Rule 42-1) Pursuant to Circuit Rule 42-1, this appeal is dismissed for failure to pay fees. (Order dated 03/22/2012), This order served on the district court shall constitute the mandate of this court. [8145453] (DEV) |
| 04/19/2012 | 6 — 11 pg, 204.44 KB | Filed (ECF) Appellant Christopher Bandas Motion to reinstate case after FRAP 42-1 dismissal. Date of service: 04/19/2012. [8146885] (JDP) |
| 04/25/2012 | 7 — 59 pg, 2.62 MB | Filed (ECF) Appellee Kevin Embry response opposing motion (,motion to reinstate case after FRAP 42-1 dismissal). Date of service: 04/25/2012. [8153716] (SAS) |
| 04/26/2012 | 8 — 1 pg, 26.98 KB | Filed order (Appellate Commissioner) The appellant's opposed motion to reinstate is denied without prejudice to a renewed motion, filed within 21 days after the date of this order, accompanied by proof of payment of the docketing fees. See General Order 2.4, General Orders of the United States Court of Appeals for the Ninth Circuit (a motion to reinstate an appeal should be accompanied by a correction of the deficiency that caused the dismissal.) (Pro Mo) [8155452] (WL) |
| 04/30/2012 | 9 — 10 pg, 184.19 KB | Filed (ECF) Appellant Christopher Bandas Motion to reinstate case after FRAP 42-1 dismissal. Date of service: 04/30/2012. [8158349] (JDP) |
| 05/01/2012 | 10 | Received notification from District Court re: payment of docket fee. Amount Paid: USD 455.00. Date paid: 05/01/2012. [8160431] (RT) |
| 05/02/2012 | 11 — 60 pg, 2.65 MB | Filed (ECF) Appellee Kevin Embry response opposing motion (,motion to reinstate case after FRAP 42-1 dismissal). Date of service: 05/02/2012. [8162453] (SAS) |

Clear All

○ **Documents and Docket Summary**
○ **Documents Only**

☑ **Include Page Numbers**

**Selected Pages:** 0      **Selected Size:** 0 KB

View Selected

|  | PACER Service Center | | |
|---|---|---|---|
| | **Transaction Receipt** | | |
| | U.S. Court of Appeals for the 9th Circuit - 05/03/2012 10:39:16 | | |
| **PACER Login:** | ss2414 | **Client Code:** | |
| **Description:** | Docket Report (filtered) | **Search Criteria:** | 12-15555 |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

# Exhibit B

General Docket
United States Court of Appeals for the Ninth Circuit

| | |
|---|---|
| **Court of Appeals Docket #:** 12-15633<br>**Nature of Suit:** 3890 Other Statutory Actions<br>Kevin Embry, et al v. ACER America Corporation<br>**Appeal From:** U.S. District Court for Northern California, San Jose<br>**Fee Status:** Paid | **Docketed:** 03/23/2012 |

**Case Type Information:**
  1) civil
  2) private
  3) null

**Originating Court Information:**
  **District:** 0971-5 : 5:09-cv-01808-JW
  **Court Reporter:** Irene Rodriguez, Official Court Reporter
  **Trial Judge:** James Ware, Chief District Judge
  **Date Filed:** 04/24/2009

| Date Order/Judgment: | Date Order/Judgment EOD: | Date NOA Filed: | Date Rec'd COA: |
|---|---|---|---|
| 02/14/2012 | 02/14/2012 | 03/14/2012 | 03/14/2012 |

**Prior Cases:**
  None

**Current Cases:**

| | Lead | Member | Start | End |
|---|---|---|---|---|
| Companion | 12-15555 | 12-15633 | 03/23/2012 | |

---

KEVIN EMBRY, individually and on behalf of himself, the general public and those similarly situated
       Plaintiff - Appellee,

    Adam Joshua Gutride
    Direct: 415-271-6469
    [COR LD NTC Retained]
    Gutride Safier LLP
    835 Douglass Street
    San Francisco, CA 94114

    Todd Michael Kennedy
    Direct: 415-789-6390
    [COR LD NTC Retained]
    Gutride Safier LLP
    835 Douglass Street
    San Francisco, CA 94114

    Seth Adam Safier
    Direct: 415-336-6545
    [COR LD NTC Retained]
    Gutride Safier LLP
    835 Douglass Street
    San Francisco, CA 94114

SAM P. CANNATA
       Objector - Appellant,

    Sam P. Cannata
    Direct: 216-214-0796
    [NTC Pro Se]
    Firm: 216-587-0900
    9555 Vista Way
    Suite 200
    Cleveland, OH 44125

  v.

| | |
|---|---|
| ACER AMERICA CORPORATION, a California corporation<br>Defendant - Appellee, | Adam Joseph Bedel, Attorney<br>Direct: 213-443-3232<br>[COR LD NTC Retained]<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>Tenth Floor<br>865 South Figueroa Street<br>10th Floor<br>Los Angeles, CA 90017<br><br>Stan Karas<br>Direct: 213-443-3000<br>[COR LD NTC Retained]<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>865 South Figueroa Street<br>10th Floor<br>Los Angeles, CA 90017<br><br>Jeffery McFarland<br>Direct: 213-443-3000<br>[COR LD NTC Retained]<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>865 South Figueroa Street<br>10th Floor<br>Los Angeles, CA 90017 |

KEVIN EMBRY, individually and on behalf of himself, the general public and those similarly situated,

  Plaintiff - Appellee,

SAM P. CANNATA,

  Objector - Appellant,

 v.

ACER AMERICA CORPORATION, a California corporation,

  Defendant - Appellee.

| | | |
|---|---|---|
| 03/23/2012 | ☐ 1<br>18 pg, 228.87 KB | DOCKETED CAUSE AND ENTERED APPEARANCES OF COUNSEL AND PRO SE APPELLANT. SEND MQ: No. The schedule is set as follows: Fee due from Appellant Sam P. Cannata on 03/14/2012. Transcript ordered by 04/13/2012. Transcript due 05/14/2012. Appellant Sam P. Cannata opening brief due 06/22/2012. Appellees ACER America Corporation and Kevin Embry answering brief due 07/23/2012. Appellant's optional reply brief is due 14 days after service of the answering brief. [8114858] (RT) |
| 03/28/2012 | ☐ 2<br>2 pg, 99.46 KB | Filed clerk order (Deputy Clerk: CKP): A review of the district court docket reflects that appellant has not paid the docketing and filing fees for this appeal. Within 21 days from the date of entry of this order, appellant shall: (1) file a motion with this court to proceed in forma pauperis; (2) pay $455.00 to the district court as the docketing and filing fees for this appeal and provide proof of payment to this court; or (3) otherwise show cause why the appeal should not be dismissed for failure to prosecute. If appellant fails to comply with this order, the appeal will be dismissed automatically by the Clerk under Ninth Circuit Rule 42-1. [8119424] (CKP) |
| 04/23/2012 | ☐ 3 | Received notification from District Court re: payment of docket fee from objector -appellant Sam P. Cannata. Amount Paid: USD 455.00. Date paid: 04/23/2012. [8149442] (RT) |

Clear All

○ **Documents and Docket Summary**
○ Documents Only

☑ Include Page Numbers

**Selected Pages:** 0    **Selected Size:** 0 KB

View Selected

| PACER Service Center | |
|---|---|
| **Transaction Receipt** | |
| U.S. Court of Appeals for the 9th Circuit - 05/03/2012 10:40:02 | |
| **PACER Login:** ss2414 | **Client Code:** |
| **Description:** Docket Report (filtered) | **Search Criteria:** 12-15633 |
| **Billable Pages:** 1 | **Cost:** 0.10 |

# PROOF OF SERVICE

I, Seth A. Safier, declare:

My business address is 835 Douglass, San Francisco, California. I am employed in the County of San Francisco, where this mailing occurs. I am over the age of 18 years and not a party to the within cause.

On May 4, 2012, I served the following documents:

PLAINTIFF'S SUPPLEMENTAL BRIEF IN SUPPORT OF MOTIONS FOR DISCOVERY AND APPEAL BOND

on the following person(s) in this action by placing a true copy thereof as follows:

Jeff McFarland (jeffmcfarland@quinnemanuel.com)
Stan Karas (skaras@quinnemanuel.com)
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

Sam P. Cannata
Cannata Phillips LPA, LLC
9555 Vista Way, Ste. 2000
Cleveland, OH 44125

Joseph Darrell Palmer
Law Offices of Darrell Palmer
603 North Highway 101, Ste. A
Solana Beach, CA 92075

[X]   BY EMAIL DELIVERY. I caused said documents to be delivered by ECF to the above-mentioned persons.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this document was executed on May 4, 2012, at San Francisco, California.

/s/ Seth A. Safier

Seth A. Safier, Esq.