Joseph Darrell Palmer (SBN 125147)
Email: darrell.palmer@palmerlegalteam.com
Law Offices of Darrell Palmer
603 North Highway 101, Ste A
Solana Beach, California 92075
Telephone: (858) 792-5600
Facsimile: (858) 792-5655

Attorney for Objector Christopher Bandas

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN EMBRY, individually and on behalf of himself, the general public and those similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ACER AMERICA CORPORATION; AND DOES 1 THROUGH 50,<br><br>    Defendants. | Case No. 09-cv-1808-JW<br><br>**OBJECTOR BANDAS' STATUS REPORT RE STATUS OF APPEAL**<br><br>Date: April 30, 2012<br>Place: Courtroom 15, 18th Floor<br>Judge: Hon. James Ware |

Pursuant to the Court's order asking for additional briefing as to the status of the appeals, Objector Christopher Bandas responds as follows:

Bandas paid the appeal fee on April 23, 2012, and has renewed his motion to reopen the appeal (filed on April 30, 2012 with the Ninth Circuit Court of Appeals, Docket #9). The renewed motion remains pending in the Ninth Circuit Court.

Bandas also incorporates herein only the appellate history outlined in Section II of plaintiff's supplemental brief [Docket #251] adding that the District Court issued a Notice of Electronic Filing Order entered April 2, 2012, which provides that "Within 21 days from the date of entry of this order, appellant shall . . . pay $455.00 to the district court as the docketing and filing fees for this appeal and

1

1  provide proof of payment to this court. . . .  If appellant fails to comply with this order, the appeal will
2  be dismissed automatically by the Clerk under Ninth Circuit Rule 42-1." [Doc 233].  Twenty-one
3  calendar days from April 2 is April 23.  A copy of this order has been provided to this Court and the
4  Ninth Circuit Court.

5       Objector once again believes that <u>this</u> case was dismissed based upon the premature dismissal of
6  the appeal.  Objector has shown why the appeal was dismissed in error, and requests that the Court
7  reopen this case for good cause demonstrated.

8       Objector's fees have been posted with the District Court on April 23, in accordance with the
9  Order dated April 2.  Objector, then, has fully complied with the April 2 order.

LAW OFFICES OF DARRELL PALMER

Dated: May 4, 2012         By:    /s/ Joseph Darrell Palmer
                                         Joseph Darrell Palmer
                                         Attorney for Objector, CHRISTOPHER BANDAS

# CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2012, I electronically filed the foregoing OBJECTOR BANDAS' STATUS REPORT RE STATUS OF APPEAL with the Clerk of the Court of the United States District Court for the Northern District of California by using the USDC CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the USDC CM/ECF system.


    /s/ Joseph Darrell Palmer
Joseph Darrell Palmer
Attorney for Objector