Acer Appeal

```
         USPS GOLDEN GATE STATION
         SAN FRANCISCO, California
                941189992
                0567830059 -0097
01/26/2012      (800)275-8777    09:20:10 AM

                 Sales Receipt
                  Sale  Unit        Final
Product            Qty  Price       Price
Description

ALBUQUERQUE NM 87112                $1.95
Zone-5 First-Class
Parcel
  2.40 oz.
                                  ========
  Issue PVI:                        $1.95

CLEVELAND OH 44125                  $2.30
Zone-8 First-Class
Large Env
  7.50 oz.
                                  ========
  Issue PVI:                        $2.30

SOLANA BEACH CA 92075               $2.70
Zone-4 First-Class
Large Env
  9.20 oz.
                                  ========
  Issue PVI:                        $2.70

                                    _____
Total:                              $6.95

Paid by:                            $6.95
VISA
   Account #:       XXXXXXXXXXX2602
   Approval #:      00221G
   Transaction #:   483
   23 903470706
*****************************************
*****************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting cards
available for purchase at select Post
Offices.
*****************************************
*****************************************

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.
*****************************************
*****************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
*****************************************
*****************************************


Bill#: 1000303805187
Clerk: 05

    All sales final on stamps and postage
    Refunds for guaranteed services only
         Thank you for your business
*****************************************
```

```
Ace

             Receipt

00310102130957202

SFMTA
Civic Center Plaza Garage
355 McAllister St.
San Francisco, CA 94102
Tel:(415) 863-1537

FeeComputer Number: 1
Entry Time: 2/13/2012 8:10 AM
Exit Time: 2/13/2012 9:57 AM
Duration: 1h 47m
Op: Romy
Non-resetable tr #: 779073

Tran: 31
Ticket Number: 61376

F1 Normal          $    4.00
                   _____
Total:             $    4.00
Visa               $    4.00
Last 4 Digits:       3377

Thank You! Drive Safely
```



**First Legal Network**     **INVOICE**

PO Box 749806 Los Angeles, CA 90074–9806

\*\*\* REPRINT \*\*\*

| Invoice No. | Customer No. |
|---|---|
| 260009 | 82167 |
| Invoice Date | Total Due |
| 2/15/12 | 194.13 |

TAX ID# 27-3093840

GUTRIDE SAFIER  
835 DOUGLASS ST  
SAN FRANCISCO, CA 94114

BILLING QUESTIONS CALL:  
BILLING DEPT (213) 213-2631  
PAYMENT QUESTIONS CALL:  
PAYMENT DEPT (213) 213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82167 | 260009 | 2/15/12 | 194.13 | 1 |

| Date | Ordr No | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 2/03/12 COURTESY DELIVERY | 6760195 | PDF | GUTRIDE SAFIER<br>835 DOUGLASS ST<br>SAN FRANCISCO  CA 94114<br>Caller: SETH SAFIER<br>CV-06-06609 JSW<br>CHAVEZ VS BLUE SKY<br>PO/MOTION/DECLARATION<br><br>Signed: MARYANNE BUCKLEY | USDC-SAN FRANCISCO<br>450 GOLDEN GATE AVENUE<br>SAN FRANCISCO  CA 94102<br><br>COURTESY COPY TO JDG<br>JEFFREY S WHITE<br>BY 12 NOON<br><br>Ref: CHAVEZ VS BLUE SKY | Base Chg : 19.25<br>PDF/OvrNte: 105.00 | 124.25 |
| 2/03/12 COURTESY DELIVERY | 6760542 | PDF | GUTRIDE SAFIER<br>835 DOUGLASS ST<br>SAN FRANCISCO  CA 94114<br>Caller: SETH SAFIER<br>CV-09-1808 JW<br>EMBRY VS ACER AMERICA<br>JUDGEMENT/SUPP MEMO/SUPP DECL<br><br>Signed: MARYANNE BUCKLEY | USDC-SAN FRANCISCO<br>450 GOLDEN GATE AVENUE<br>SAN FRANCISCO  CA 94102<br><br>COURTESY COPY TO JDG<br>JAMES WARE BY 12 NOON MONDAY 2/6<br><br>Ref: EMBRY VS ACER | Base Chg : 28.88<br>PDF/OvrNte: 2.50 | 31.38 |
| 2/10/12 COURTESY DELIVERY | 6762586 | PDF | GUTRIDE SAFIER<br>835 DOUGLASS ST<br>SAN FRANCISCO  CA 94114<br>Caller: SETH SAFIER<br>CV-09-1808 JW<br>EMBRY VS ACER<br>OPPOSITION<br><br>Signed: MARYANNE BUCKLEY | USDC-SAN FRANCISCO<br>450 GOLDEN GATE AVENUE<br>SAN FRANCISCO  CA 94102<br><br>COURTESY COPY TO JDG<br>JAMES WARE BY 12 NOON TODAY!<br><br>Ref: EMBRY VS ACER AMERICA | Base Chg : 19.25 | 19.25 |
| 2/15/12 COURTESY DELIVERY | 6763953 | PDF | GUTRIDE SAFIER<br>835 DOUGLASS ST<br>SAN FRANCISCO  CA 94114<br>Caller: SETH SAFIER<br>CV-09-1808 jw<br>EMBRY VS ACER<br>PO/LETTER<br><br>Signed: DELIVERED | USDC-SAN FRANCISCO<br>450 GOLDEN GATE AVENUE<br>SAN FRANCISCO  CA 94102<br><br>COURTESY COPY TO JDG<br>JAMES WARE<br><br>Ref: ACER VS EMBRY | Base Chg : 19.25 | 19.25 |

\*\*\* REPRINT \*\*\*     Total     194.13

**INVOICE PAYMENT DUE UPON RECEIPT**



# First Legal Network LLC
PO Box 749806 Los Angeles, CA 90074-9806

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 262152 | 82167 |
| Invoice Date | Total Due |
| 3/31/12 | 96.88 |

TAX ID# 27-3093840

GUTRIDE SAFIER
835 DOUGLAS ST
SAN FRANCISCO, CA 94114

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82167 | 262152 | 3/31/12 | 96.88 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 3/19/12 PDF COURTESY DELIVERY | 6775059 | PDF | GUTRIDE SAFIER 835 DOUGLAS ST SAN FRANCISCO CA 94114 Caller: SETH SAFIER 12-CV-00117 CRB KOLLIER VS WEST BAY DECLARATION/OPPOSITION Signed: MARYANNE BUCKLEY | USDC-SAN FRANCISCO 450 GOLDEN GATE AVENUE SAN FRANCISCO CA 94102 COURTESY COPY TO JDG CHARLES R BREYER Ref: KOLLER VS WEST BAY | Base Chg: 19.25 PDF/OvrNte: 38.75 | 58.00 |
| 3/23/12 PDF COURTESY DELIVERY | 6777211 | PDF | GUTRIDE SAFIER 835 DOUGLAS ST SAN FRANCISCO CA 94114 Caller: SETH SAFIER cv09-1808jw embrey vs acer notice 2/declarat Signed: ANNA SPRINKLES | USDC-SAN FRANCISCO 450 GOLDEN GATE AVENUE SAN FRANCISCO CA 94102 COURTESY COPY TO JDG JAMES WARE BY 12 NOON 3/26 Ref: EMBRY VS ACER | Base Chg: 28.88 PDF/OvrNte: 10.00 | 38.88 |

*Handwritten: paid 139.38  4/23/2012  check # 534*
*Invoices 261381 / 262152 ✓*

Total   96.88

# INVOICE PAYMENT DUE UPON RECEIPT



**First Legal Network LLC**
PO Box 749806 Los Angeles, CA 90074-9806

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 259123 | 82167 |
| Invoice Date | Total Due |
| 1/31/12 | 246.00 |

GUTRIDE SAFIER
835 DOUGLASS ST
SAN FRANCISCO, CA 94114

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82167 | 259123 | 1/31/12 | 246.00 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 1/27/12 PDF COURTESY DELIVERY | 6757963 | PDF | GUTRIDE SAFIER 835 DOUGLASS ST SAN FRANCISCO CA 94114 Caller: Todd Kennedy 111CV193767 MACKINNON V IMVU POS,DISC,EX A Signed: delvd | SCSC-SAN JOSE 191 NORTH 1ST STREET SAN JOSE CA 95113 DELIVER TO JUDGE KLEINBERG Ref: MACKINNON V IMVU | Base Chg : 37.50 PDF/OvrNte: 3.75 | 41.25 |
| 1/30/12 PDF COURTESY DELIVERY | 6758325 | PDF | GUTRIDE SAFIER 835 DOUGLASS ST SAN FRANCISCO CA 94114 Caller: SETH SAFIER cv-09-1808 jw embry vs acer declaration/motion/approval applica Signed: HELEN ALMACEN | USDC-SAN FRANCISCO 450 GOLDEN GATE AVENUE SAN FRANCISCO CA 94102 COURTESY COPY TO JDG JAMES WARE Ref: EMBRY V ACER | Base Chg : 19.25 PDF/OvrNte: 62.50 | 81.75 |
| 1/30/12 PDF COURTESY DELIVERY | 6758393 | PDF | GUTRIDE SAFIER 835 DOUGLASS ST SAN FRANCISCO CA 94114 Caller: SETH SAFIER N/A CHAVEZ VS BLUE SKY MOTION/DECLARATION Signed: DELIVERED | USDC-SAN FRANCISCO 450 GOLDEN GATE AVENUE SAN FRANCISCO CA 94102 COURTESY COPY TO JDG Ref: CHAVEZ VS BLUE SKY | Base Chg : 19.25 PDF/OvrNte: 103.75 | 123.00 |

Total    246.00

**INVOICE PAYMENT DUE UPON RECEIPT**



# First Legal Network LLC
PO Box 749806 Los Angeles, CA 90074-9806

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 258533 | 82167 |
| Invoice Date | Total Due |
| 1/15/12 | 1,270.93 |

GUTRIDE SAFIER
835 DOUGLASS ST
SAN FRANCISCO, CA 94114

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82167 | 258533 | 1/15/12 | 1,270.93 | 2 |

| Date | Ord. No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 1/09/12 ADDITIONAL BILLING | 6750715 | BIL | GUTRIDE SAFIER<br>835 DOUGLASS ST<br>SAN FRANCISCO   CA 94114<br>Caller: SETH SAFIER<br>cgc10504987<br>WITTHOFF V HONEST TEA<br>SUPP MEMO/PROPOSED JUDGMETN/PROPOSE<br><br>Signed: REBILL ON AF | SFSC-SAN FRANCISCO<br>400 MCALLISTER STREET<br>SAN FRANCISCO   CA 94102<br>Comment: * NO BASE CHARGE *<br>FILE/CONFORM/RETURN<br>PLEASE DELIVER 2<br>CC TO 305<br><br>Ref: WITTHOFF V HONEST TEA | Adv/Wit Ck: 40.00<br>Check Chg : 4.00 | 44.00 |
| 1/10/12 PDF COURTESY DELIVERY | 6751151 | PDF | GUTRIDE SAFIER<br>835 DOUGLASS ST<br>SAN FRANCISCO   CA 94114<br>Caller: ADAM GUTRIDE<br>CV-09-1808 JW<br>EMBREY VS ACER AMERICA<br>DECLARATION/MOTION<br><br>Signed: ANNA SPRINKLES | USDC-SAN FRANCISCO<br>450 GOLDEN GATE AVENUE<br>SAN FRANCISCO   CA 94102<br><br>COURTESY COPY TO JDG<br>JAMES WARE BY 12 NOO<br><br>Ref: EMBREY VS ACER | Base Chg : 19.25<br>PDF/OvrNte: 41.25 | 60.50 |

Invoice Amount:     876.93
Fees Advanced:      394.00
Total  Amount Due: 1,270.93

Total  1,270.93

## INVOICE PAYMENT DUE UPON RECEIPT

# I & A LEGAL SERVICE

123 10th Street  
San Francisco, CA 94103-2604

GENERAL@AALEGALSERVICE.COM  
FAX (855) 388-9240  
Toll Free (855) 388-9243

1541 Bayshore Hwy.  
Burlingame, CA 94010-1602

Attention: SETH SAFIER  
GUTRIDE SAFIER LLP  
835 DOUGLASS STREET  
SAN FRANCISCO CA  94114

| Wednesday April 18, 2012 | *I N V O I C E* | 7896390.73118 |

Attorney File #: **EMBRY vs. ACER**  
Case #: 09-CV-1808 (JW)  
Court: United States District Court For The Northern District Of California  
Title: KEVIN EMBRY vs. ACER AMERICA CORPORATION  
Documents: SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

| Date | Description | Amount |
|---|---|---|
| 04/03/12 08:30PM | Personal Service SAM CANNATA, AT Business 9555 VISTA WAY SUITE 200 CLEVELAND OH 44125, by serving: BY SERVING DAVID SNIDER - OWNER, AUTHORIZED TO ACCEPT (White, Male, 55 Years Old, Gray Hair, 5 Feet 9 Inches, 165 Pounds), Served By: JASON BUTLER | 8.00 |
| 04/03/12 | DOCUMENT PREPARATION | 159.00 |
| 04/03/12 | SERVICE- CLEVELAND, OHIO | 167.00 |

**PLEASE PAY FROM THIS INVOICE**



**First Legal Network LLC**
PO Box 749806 Los Angeles, CA 90074−9806

TAX ID# 27-3093840

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 262958 | 82167 |
| Invoice Date | Total Due |
| 4/15/12 | 61.75 |

GUTRIDE SAFIER
835 DOUGLASS ST
SAN FRANCISCO, CA 94114

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82167 | 262958 | 4/15/12 | 61.75 | 1 |

### Service Detail

| Date | Ordr No. | Svc | | | Charges | Total |
|---|---|---|---|---|---|---|
| 4/13/12 | 6784299 | PDF | GUTRIDE SAFIER<br>835 DOUGLASS ST<br>SAN FRANCISCO   CA 94114<br>Caller: SETH SAFIER<br>12cv00421 lhk<br>ELAIS V HP<br>OPPOSITION<br><br>Signed: TIFFANY HARWELL | USDC-SAN JOSE<br>280 SOUTH 1ST STREET<br>SAN JOSE   CA 95113<br><br>CHAMBER TO JUDGE<br>KOH<br><br>Ref: ELIAS V HP | Base Chg : 25.00<br>PDF/OvrNte: 17.50 | 42.50 |
| PDF COURTESY DELIVERY | | | | | | |
| 4/13/12 | 6784569 | PDF | GUTRIDE SAFIER<br>835 DOUGLASS ST<br>SAN FRANCISCO   CA 94114<br>Caller: SETH SAFIER<br>12cv00421 lhk<br>ELAIS V HP<br>OPPOSITION<br><br>Signed: DELIVERED | USDC-SAN FRANCISCO<br>450 GOLDEN GATE AVENUE<br>SAN FRANCISCO   CA 94102<br><br>CHAMBER TO JUDGE<br>JAMES WARE<br><br>Ref: EMBRY VS ACER | Base Chg : 19.25 | 19.25 |
| PDF COURTESY DELIVERY | | | | | | |

Total  61.75

## INVOICE PAYMENT DUE UPON RECEIPT

# A & A LEGAL SERVICE

123 10th Street  
San Francisco, CA 94103-2604

GENERAL@AALEGALSERVICE.COM  
FAX (855) 388-9240  
Toll Free (855) 388-9243

1541 Bayshore Hwy.  
Burlingame, CA 94010-1602

Attention: SETH SAFIER  
GUTRIDE SAFIER LLP  
835 DOUGLASS STREET  
SAN FRANCISCO CA  94114

**Wednesday April 18, 2012**     *INVOICE*     7896390.73118

Attorney File #: **EMBRY vs. ACER**  
Case #: 09-CV-1808 (JW)  
Court: United States District Court For The Northern District Of California  
Title: KEVIN EMBRY vs. ACER AMERICA CORPORATION  
Documents: SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

| Date | Description | Amount |
|---|---|---|
| 04/03/12 08:30PM | Personal Service SAM CANNATA, AT Business 9555 VISTA WAY SUITE 200 CLEVELAND OH  44125, by serving: BY SERVING DAVID SNIDER - OWNER, AUTHORIZED TO ACCEPT (White, Male, 55 Years Old, Gray Hair, 5 Feet 9 Inches, 165 Pounds), Served By: JASON  BUTLER | |
| 04/03/12 | DOCUMENT PREPARATION | 8.00 |
| 04/03/12 | SERVICE- CLEVELAND, OHIO | 159.00 |
| **PLEASE PAY FROM THIS INVOICE** | | **167.00** |



DUPLICATE

1541 Bayshore Hwy., BURLINGAME, CA  94010  
Telephone: (650) 697-9431, FAX: (650) 697-4640, Tax ID: 94-3289453



# A & A LEGAL SERVICE

123 10th Street  
San Francisco, CA 94103-2604

GENERAL@AALEGALSERVICE.COM  
FAX (855) 388-9240  
Toll Free (855) 388-9243

1541 Bayshore Hwy.  
Burlingame, CA 94010-1602

Attention: SETH SAFIER  
GUTRIDE SAFIER LLP  
835 DOUGLASS STREET  
SAN FRANCISCO CA 94114

**Thursday February 09, 2012**     *INVOICE*     7896390.72060

Attorney File #: **EMBRY vs. ACER**  
Case #: 09-CV-1808 (JW)  
Court: United States District Court For The Northern District Of California  
Title: KEVIN EMBRY vs. ACER AMERICA CORPORATION  
Documents: SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION; PLAINTIFF'S NOTICE OF DEPOSITION OF ENZO R. CANNATA

| Date | Description | Amount |
|---|---|---|
| 01/26/12 07:30PM | Personal Service ENZO R. CANNATA, AT Home 14944 HILLBROOK DRIVE HUNTING VALLEY OH 44022, by serving: BY SERVING JILL CANNATA, SUBJECT'S MOTHER, Served By: ROGER SPIES | |
| 01/26/12 | DOCUMENT RECEIPT AND PREPARATION W/OTHER | 0.00 |
| 01/26/12 | PROCESS SERVICE IN CHAGRIN FALLS, OH | 149.00 |
| 01/26/12 | RUSH CHARGE | 149.00 |
| 01/26/12 | DISCOUNT (W/OTHER) | -149.00 |

**PLEASE PAY FROM THIS INVOICE**     **149.00**



# A & A LEGAL SERVICE

123 10th Street  
San Francisco, CA 94103-2604

GENERAL@AALEGALSERVICE.COM  
FAX (855) 388-9240  
Toll Free (855) 388-9243

1541 Bayshore Hwy.  
Burlingame, CA 94010-1602

Attention: SETH SAFIER  
GUTRIDE SAFIER LLP  
835 DOUGLASS STREET  
SAN FRANCISCO CA  94114

Thursday February 09, 2012          *INVOICE*          7896390.72059

Attorney File #: **EMBRY vs. ACER**  
Case #: 09-CV-1808 (JW)  
Court: United States District Court For The Northern District Of California  
Title: KEVIN EMBRY vs. ACER AMERICA CORPORATION  
Documents: SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION; PLAINTIFF'S NOTICE OF DEPOSITION OF MIA G. CANNATA

| Date | Description | Amount |
|---|---|---|
| 01/26/12 07:30PM | Personal Service MIA G. CANNATA, AT Home 14944 HILLBROOK DRIVE HUNTING VALLEY OH  44022, by serving: BY SERVING JILL CANNATA, SUBJECT'S MOTHER, Served By: ROGER  SPIES | |
| 01/26/12 | DOCUMENT RECEIPT AND PREPARATION | 29.25 |
| 01/26/12 | PROCESS SERVICE  IN CHAGRIN FALLS, OH | 149.00 |
| 01/26/12 | RUSH CHARGE | 149.00 |
| **PLEASE PAY FROM THIS INVOICE** | | **327.25** |

1541 Bayshore Hwy., BURLINGAME, CA  94010  
Telephone: (855) 388-9243, FAX: (855) 388-9240, Tax ID: 94-3289453

# First Legal Network LLC

PO Box 749806 Los Angeles, CA 90074-9806

TAX ID# 27-3093840

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 266666 | 82167 |
| Invoice Date | Total Due |
| 6/30/12 | 28.88 |

GUTRIDE SAFIER
835 DOUGLASS ST
SAN FRANCISCO, CA 94114

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82167 | 266666 | 6/30/12 | 28.88 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 6/26/12 | 6809228 | PDF | GUTRIDE SAFIER<br>835 DOUGLASS ST<br>SAN FRANCISCO   CA 94114<br>Caller: SETH SAFIER<br>cv-09-1808JW<br>Embry v. Acer<br>Motion for Leave | USDC-SAN FRANCISCO<br>450 GOLDEN GATE AVENUE<br>SAN FRANCISCO   CA 94102<br><br>cc to jdg ware | Base Chg : 28.88 | 28.88 |
| PDF COURTESY DELIVERY | | | Signed: delivered | Ref: EMBRY V. ACER | | |

Total    28.88

**INVOICE PAYMENT DUE UPON RECEIPT**

**First Legal Network LLC**
PO Box 749806 Los Angeles, CA 90074-9806

TAX ID# 27-3093840

GUTRIDE SAFIER
835 DOUGLASS ST
SAN FRANCISCO, CA 94114

**INVOICE**

| Invoice No. | Customer No. |
|---|---|
| 264515 | 82167 |
| Invoice Date | Total Due |
| 5/15/12 | 20.50 |

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82167 | 264515 | 5/15/12 | 20.50 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 5/04/12 | 6791510 | PDF | GUTRIDE SAFIER<br>835 DOUGLASS ST<br>SAN FRANCISCO  CA 94114<br>Caller: SETH SAFIER<br>cv-09-1808JW<br>EMBREY VS ACER<br>SUPP BRIEF<br><br>Signed: MARYANNE BUCKLEY | USDC-SAN FRANCISCO<br>450 GOLDEN GATE AVENUE<br>SAN FRANCISCO  CA 94102<br><br>COURTESY COPY TO JDG<br><br><br><br>Ref: EMBER VS ACER | Base Chg : 19.25<br>PDF/OvrNte: 1.25 | 20.50 |
| PDF COURTESY DELIVERY | | | | | | |

Total   20.50

**INVOICE PAYMENT DUE UPON RECEIPT**