1  **GUTRIDE SAFIER LLP**
   ADAM J. GUTRIDE (State Bar No. 181446)
2  SETH A. SAFIER (State Bar No. 197427)
   835 Douglass Street
3  San Francisco, California 94114
   Telephone: (415) 336-6545
4  Facsimile:  (415) 449-6469

5
   Attorneys for Plaintiff KEVIN EMBRY
6

7                          UNITED STATES DISTRICT COURT

8                         NORTHERN DISTRICT OF CALIFORNIA

9                              SAN FRANCISCO DIVISION

10  KEVIN EMBRY, an individual, on                CASE NO.  CV-09-1808 (JW)
    behalf of himself, the general public and
11  those similarly situated                      PLAINTIFF'S MOTION FOR ADMINISTRATIVE
                                                  RELIEF SHORTENING TIME
12       Plaintiff,

13                                                [Local Rules 6-3 & 7-11]
               v.
14                                                Judge:  Hon. James Ware

15  ACER AMERICA CORPORATION;
    AND DOES 1 THROUGH 50
16
         Defendants
17

**PLEASE TAKE NOTICE** that Plaintiff hereby moves, pursuant to Local Rules 6-3 and 7-11, for an order shortening time for the hearing of Plaintiff's motion for sanctions and civil contempt. (Dkt.# 273.) Plaintiff requests that his motion for sanctions and civil contempt, currently set for hearing on October 1, 2012, be heard on September 10, 2012.

This Motion is based on this Notice of Motion, the supporting Memorandum of Points and Authorities, the Declaration of Seth A. Safier, the [Proposed] Order Granting this Motion, the pleadings, other files and records in this action, such other written or oral argument as may be presented to the Court, and all matters of which the Court may take notice.

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff requests that his motion for sanctions and civil contempt be heard on September 10, 2012. Plaintiff further requests that Bandas' opposition be due no later than August 31, 2012, and the reply be due no later than September 4, 2012. (If necessary, Plaintiff will waive reply.)

This matter has been pending since March 2009. On August 22, 2011, this Court ordered Bandas to dismiss his appeal or post an appeal bond. (Dkt.# 272.) He ignored the order. It is no secret that Bandas (and his attorney) exclusively seek to delay this settlement in hopes of extracting fees from the parties. If this motion is heard on a regular calendar, he will again have been successful in delaying, for another 35+ days, the distribution of the settlement benefits to class members.

Plaintiff accordingly requests that this Court hear his motion to compel on shortened time, as set forth in his proposed order, submitted herewith.

DATED: August 27, 2012　　　　　GUTRIDE SAFIER LLP
　　　　　　　　　　　　　　　　　By: /s/ Seth Safier
　　　　　　　　　　　　　　　　　　　Adam Gutride
　　　　　　　　　　　　　　　　　　　Seth A. Safier
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Kevin Embry

**DECLARATION OF SETH A. SAFIER**

I, Seth A. Safier, declare and state that:

1. I am an attorney licensed to practice law in the State of California and in this Court, and am counsel of record for Plaintiff in the above captioned matter.

2. I am a partner in Gutride Safier LLP ("GSLLP"). The information below is stated based on personal knowledge. I am competent to testify to the facts set forth below, and if called as a witness and placed under oath, I would testify to those facts.

3. On August 27, 2012, I emailed Bandas' counsel to request that he stipulate to a shortened hearing schedule. He has yet to respond to my request.

4. There have been no previous time modifications on this motion.

5. Class members continue to sustain injury due to this ongoing, frivolous appeal.

I declare under penalty of perjury under the laws of the United States that the foregoing is true of my own personal knowledge. Executed at San Francisco, California, this 27th day of August 2012.

_____

Seth A. Safier, Esq.