Joseph Darrell Palmer (SBN 125147)
Email: darrell.palmer@palmerlegalteam.com
Law Offices of Darrell Palmer
603 North Highway 101, Ste A
Solana Beach, California 92075
Telephone: (858) 792-5600
Facsimile: (858) 792-5655

Attorney for Objector Christopher Bandas

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN EMBRY, individually and on behalf of himself, the general public and those similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ACER AMERICA CORPORATION; AND DOES 1 THROUGH 50,<br><br>　　　　Defendants. | Case No. 09-cv-1808-JW<br><br>**SECOND AMENDED NOTICE OF APPEAL** |

　　　　Notice is hereby given that Christopher Bandas, Objector, hereby further amends his March 12, 2012, notice of appeal (Dkt. No. 222), currently docketed at the United States Court of Appeals for the Ninth Circuit as Case No. 12-15555.

　　　　In addition to the already pending appeal from the Court's Final Approval Order and Judgment [Dkt. No. 218] entered on February 14, 2012, Mr. Bandas on August 6, 2012, also appealed from the Court's Order Granting Plaintiff's Motion for Reconsideration; Requiring Appellate Bond [Dkt. No. 265], entered on July 31, 2012.

/ / /

1

Mr. Bandas now adds to his pending appeal a third appeal from the Order Granting Motion For Contempt; Striking Objector Bandas' Objection [Dkt. No. 275], entered on August 29, 2012.

LAW OFFICES OF DARRELL PALMER

Dated: September 6, 2012　　　　　　　　By: ____/s/ Joseph Darrell Palmer_____
　　　　　　　　　　　　　　　　　　　　　　　Joseph Darrell Palmer
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Objector Christopher Bandas

### **CERTIFICATE OF SERVICE**

　　　　I hereby certify that on September 6, 2012, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Northern District of California by using the USDC CM/ECF system.

　　　　I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the USDC CM/ECF system.

　　　　　　　　　　　　　　　　　　　　___/s/ Joseph Darrell Palmer_____
　　　　　　　　　　　　　　　　　　　　Joseph Darrell Palmer
　　　　　　　　　　　　　　　　　　　　Attorney for Objector Christopher Bandas