**E-FILED on** 10/1/2012

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEVIN EMBRY, an individual, on behalf of himself, the general public and those similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ACER AMERICA CORPORATION; AND DOES 1 THROUGH 50,<br><br>    Defendants. | No. C-09-01808 JW<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF SHORTENING TIME<br><br>**[Re Docket No. 278]** |

On September 28, 2012, Plaintiff moved this court for an order shortening time on his motion for further sanctions. (Dkt. No. 278.) The court grants that motion as follows:

1. Plaintiff's motion for further sanctions (Dkt. No. 277) shall be heard by the undersigned at 9:00 a.m. on October 26, 2012;

2. Objector Christopher Bandas shall file his opposition to plaintiff's motion for further sanctions, if desired, on or before October 9, 2012; and

3. Plaintiff shall reply, if necessary, on or before October 15, 2012.

IT IS SO ORDERED.

DATED:    October 1, 2012

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF SHORTENING TIME—No. C-09-01808 JW
LJP