UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 02 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KEVIN EMBRY, individually and on behalf of himself, the general public and those similarly situated,<br><br>    Plaintiff - Appellee,<br><br>CHRISTOPHER BANDAS,<br><br>    Objector - Appellant,<br><br> v.<br><br>ACER AMERICA CORPORATION, a California corporation,<br><br>    Defendant - Appellee. | No. 12-15555<br><br>D.C. No. 5:09-cv-01808-JW<br>U.S. District Court for Northern California, San Jose<br><br>**ORDER** |

The motion filed by the appellant on September 28, 2012 for voluntary dismissal of this appeal is granted. This appeal is dismissed. See Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

This order served on the district court shall constitute the mandate of this court.

                                          FOR THE COURT:
                                          Molly C. Dwyer
                                          Clerk of Court

                                          Dru E. Van Dam
                                          Deputy Clerk